**Fill in this information to identify the case:**

United States Bankruptcy Court  for the:

Southern _____  District of  Texas _____
                                    (State)

Case number (*If known*): 24-35761 _____   Chapter 11

☑ Check if this is an
   amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

**12/15**

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1:   Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☐ Chapter 7
☑ Chapter 11

## Part 2:   Identify the Debtor

**2. Debtor's name**

Jetall Companies, Inc. _____

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

_____
_____
_____

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

5 4 – 2 1 8 2 0 8 9 __ __
EIN

**5. Debtor's address**

| Principal place of business | Mailing address, if different |
|---|---|
| 1001 West Loop S Ste 700 | |
| Number     Street | Number     Street |
| | |
| | P.O. Box |
| Houston          TX   77027 | |
| City          State   ZIP Code | City          State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Harris | 13498 Pond Springs Rd |
| County | Number     Street |
| | |
| | Austin          TX   78729 |
| | City          State   ZIP Code |

Debtor      Jetall Companies, Inc.                                    Case number (*if known*) 24-35761
            _____
            Name

---

**6.   Debtor's website** (URL)      _____

---

**7.   Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other type of debtor. Specify: _____

---

**8.   Type of debtor's business**

*Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the types of business listed.

☐ Unknown type of business.

---

**9.   To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☐ No

☑ Yes. Debtor  Galleria 2425 Owner, LLC          Relationship  Affiliate/Common Owner

District  S.D. Tex.          Date filed  12/5/2023          Case number, if known  23-34815
                                         MM / DD / YYYY

Debtor _____          Relationship _____

District _____  Date filed _____  Case number, if known _____
                                           MM / DD / YYYY

---

| **Part 3:** | **Report About the Case** |

---

**10.  Venue**

*Check one:*

☐ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☑ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

---

**11.  Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:

☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

---

**12.  Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

Debtor  __Jetall Companies, Inc._____     Case number (*if known*)__24-35761_____
         *Name*

---

**13. Each petitioner's claim**

| | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | EAO Global LLC d/b/a PopLabs | Consulting Services | $ 99,994.79 |
| | M. Nasr & Partners, PC | Consulting Services | $ 401,562 |
| | | | $ |
| | | Total of petitioners' claims | $ 501,556.79 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

---

**Part 4:   Request for Relief**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

__EAO Global LLC d/b/a PopLabs_____
Name

__P.O. Box 79214_____
Number   Street

__Houston_____  __TX__  __77279__
City                State    ZIP Code

Name and mailing address of petitioner's representative, if any

__Gene McCubbin_____
Name

__14315 Briar Hills Pkwy_____
Number   Street

__Houston_____  __TX__  __77077__
City                State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12/09/2024__
       MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

**Attorneys**

__Kell C. Mercer_____
Printed name

__Kell C. Mercer PC_____
Firm name, if any

__901 S Mopac Expy Bldg 1 Ste 300_____
Number   Street

__Austin_____  __TX__  __78746__
City                State    ZIP Code

Contact phone __512-767-3214__ Email __kell.mercer@mercer-law-pc.com__

Bar number __24007668_____

State __TX_____

✗ _____
Signature of attorney

Date signed __12/09/2024__
       MM / DD / YYYY

---

Debtor    Jetall Companies, Inc.
          _____
          Name

Case number (*if known*) 24-35761
_____

---

**Name and mailing address of petitioner**

M. Nasr & Partners, PC
_____
Name

7904 N Sam Houston Pkwy W Ste 102
_____
Number    Street

Houston                   TX        77064
_____         _____      _____
City                      State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

Moe Nasr
_____
Name

7904 N Sam Houston Pkwy W Ste 102
_____
Number    Street

Houston                   TX        77064
_____         _____      _____
City                      State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/09/2024
             _____
             MM / DD / YYYY

✖ [signature: Signed by Moe Nasr]
_____
Signature of petitioner or representative, including representative's title

---

Kell C. Mercer
_____
Printed name

Kell C. Mercer PC
_____
Firm name, if any

901 S Mopac Expy Bldg 1 Ste 300
_____
Number    Street

Austin                    TX        78746
_____         _____      _____
City                      State      ZIP Code

Contact phone  512 767-3214   Email kell.mercer@mercer-law-pc.com

Bar number     24007668
               _____

State          TX
               _____

✖ [signature: Kell C M]
_____
Signature of attorney

Date signed  12/09/2024
             _____
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____         _____      _____
City                      State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____         _____      _____
City                      State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
             MM / DD / YYYY

✖ _____
Signature of petitioner or representative, including representative's title

---

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____         _____      _____
City                      State      ZIP Code

Contact phone  _____   Email _____

Bar number     _____

State          _____

✖ _____
Signature of attorney

Date signed  12/9/2024
             _____
             MM / DD / YYYY

---

### CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rule 1010(b), Petitioning Creditor EAO Global LLC d/b/a PopLabs makes the following disclosure:

There are no entities that directly or indirectly own ten percent (10%) of more than any class of the limited liability company's membership interests.

EAO Global LLC d/b/a PopLabs

*/s/ Gene McCubbin*
By: Gene McCubbin, Manager

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rule 1010(b), Petitioning Creditor M. Nasr & Partners, PC makes the following disclosure:

There are no entities that directly or indirectly own ten percent (10%) of more than any class of the professional corporation's equity interests.

M. Nasr & Partners, PC


*/s/ Moe Nasr*
By: Moe Nasr, President