United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 16, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 24-35761 |
| JETALL COMPANIES, § | |
| § | |
| Debtor. § | |
| § | |
| § | CHAPTER 11 |

## ORDER ANNULLING STAY

Hearing was held on December 16, 2024. Based on the lack of opposition by counsel for the petitioning creditors, the automatic stay is annulled for cause[1] from the involuntary petition filing date for pending bankruptcy adversary proceeding 23-3141, styled John Quinlan et al., vs. Jetall Companies, Inc. et al., pending in the Southern District of Texas.

**SO ORDERED.**

SIGNED 12/16/2024

_____
Jeffrey Norman
United States Bankruptcy Judge

---

[1] Bankruptcy case 23-34815, ECF No. 870 "This Court given the history of this case and the intertwined connections between Jetall, WL, and the reorganized debtor and what the Court has held to be vexatious litigation by Mr. Choudhri and his related entities…" "The Court believes that the involuntary filing is for many reasons suspect and ultimately will be dismissed. First, it was filed less than 12 hours prior to the scheduled hearing after 9:00 p.m. at night. Second, it contains only one petitioning creditor, when the Court believes three would be required and there is a "good faith" filing requirement in an involuntary case which appears to be absent. 11 USC § 303."