United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 06, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 24-35761 |
| JETALL COMPANIES, § | |
| § | |
| Debtor. § | |
| § | |
| § | CHAPTER 11 |

## ORDER CONVERTING CASE TO CHAPTER 7

Hearing was held on March 6, 2025. The United States Trustee made an oral motion to Convert this case to Chapter 7 pursuant to 11 USC § 1112. That motion is granted for the following reasons.

The Court finds that the debtor has failed to file, within fifteen days after the filing of the petition commencing such case or such additional time as the court may allow, the information required by paragraph (1) of section 521(a), including a list containing the names and addresses of the holders of the twenty largest unsecured claims (or of all unsecured claims if there are fewer than twenty unsecured claims), and the approximate dollar amounts of each of such claims. Additionally, the debtor has failed to abide by Court order (ECF No. 39). Said order provides:

> IT IS FURTHER ORDERED that the deadline to file schedules and other required documents under Federal Rule of Bankruptcy Procedure 1007(a)(2) is February 14, 2025. All other documents required by 11 U.S.C. § 521, and Federal Rule of Bankruptcy Procedure 1007 must be filed by February 21, 2025.

No schedules or other required documents were filed by the debtor by the deadlines of February 14, 2025, and February 21, 2025, in violation of the Court's order. The Court finds cause for conversion and that conversion is in the best interest of creditors. The Court finds the violation of the Court's order willful, and the resultant delay is prejudicial to creditors. This case is therefore converted to Chapter 7 for cause.

The United States Trustee shall appoint a Chapter 7 Trustee. Given the complexity of this case and related cases, the Court suggests that preference be given to the Trustee who has served on related cases.

The Emergency Motion *to* Compel (I) Production of Documents and (II) Ali Choudhri to Appear Individually and as Representative at Depositions and Evidentiary Hearing on Motion to Convert to Chapter 7 *f*iled by Creditor National Bank of Kuwait, S.A.K.P., New York Branch (ECF No. 54) is deemed moot.

The hearing set March 20, 2025, is struck from the docket.

**SO ORDERED.**

SIGNED 03/06/2025

_____
Jeffrey Norman
United States Bankruptcy Judge