THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| JETALL COMPANIES | § | Case No. 24-35761-JPN |
|    Debtor. | § | |
| | § | |

### RESIGNATION OF TRUSTEE

I, Christopher Murray, trustee, hereby resign as trustee of the above entitled and numbered proceedings. I have neither received any property nor paid any money on account of this estate.

Dated: March 7, 2025                                       Respectfully submitted,

By: */s/ Christopher Murray*
Christopher Murray, Trustee
Texas Bar No. 24081057
chris@jonesmurray.com
602 Sawyer, Suite 400
Houston, TX 77007
Phone: 832-529-1999
Fax: 832-529-3393

### Certificate of Review

The United States Trustee has reviewed and approved the foregoing report for compliance with Title 11.

Dated: March 07, 2025                                       United States Trustee, Region 7

By: Jana Smith Whitworth