| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Jetall Companies<br>Name | EIN: | 54–2182089 |
| United States Bankruptcy Court | Southern District of Texas | Date case filed in chapter: | 11  12/4/24 |
| Case number: | 24–35761 | Date case converted to chapter: | 7  3/6/25 |

## Official Form 309C (For Corporations or Partnerships)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline       10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Jetall Companies | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1001 West Loop S<br>Ste 700<br>Houston, TX 77027 | |
| 4. | **Debtor's attorney**<br>Name and address | Justin Peter Louis Rayome<br>1001 West Loop South<br>Suite 700<br>Houston, TX 77027 | Contact phone 214–934–9345<br><br>Email: justin.rayome.law@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Christopher R Murray<br>Jones Murray LLP<br>602 Sawyer St<br>Ste 400<br>Houston, TX 77007 | Contact phone 832–529–1999<br><br>Email: chris@jonesmurray.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208 | Hours open:<br>8:00 am – 5:00 pm Monday through Friday<br><br>Contact phone (713) 250–5500<br><br>Date: 3/7/25 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **April 8, 2025 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 896 936 5074, and Passcode 4689798715, OR call 1 956 597 2753**<br><br>For additional meeting information go to www.justice.gov/ust/moc. |
| 8. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

United States Bankruptcy Court
Southern District of Texas

| | |
|---|---|
| In re: | Case No. 24-35761-jpn |
| Jetall Companies | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 3 |
| Date Rcvd: Mar 07, 2025 | Form ID: 309C | Total Noticed: 18 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jetall Companies, 1001 West Loop S, Ste 700, Houston, TX 77027-9033 |
| aty | + | Andrew M. Troop, Pillsbury Winthrop Shaw Pittman LLP, 31 West 52nd St, New York, NY 10019-6118 |
| aty | + | Charles Clayton Conrad, Pillsbury Winthrop Shaw Pittman LLP, 609 Main Suite 2000, Houston, TX 77002-3167 |
| aty | | J Eric Lockridge, Kean Miller LLP, P O Box 3513, Baton Rouge, LA 70821-3513 |
| aty | + | Jana Smith Whitworth, Office of United States Trustee, 515 Rusk Street, Suite 3516, Houston, TX 77002-2604 |
| aty | + | Kell Corrigan Mercer, Kell C. Mercer, P.C., 901 S MoPac Expy, Bldg 1, Suite 300, Austin, TX 78746-5883 |
| aty | + | R. J. Shannon, Shannon & Lee LLP, 2100 Travis Street, STE 1525, Houston, TX 77002-8783 |
| aty | + | Stephen Wayne Sather, Barron Newburger, P.C., 7320 N Mopac Expy, Ste 400, Austin, TX 78731-2347 |
| ptcrd | + | M. Nasr & Partners, PC, 7904 N Sam Houston Pkwy W Ste 102, Houston, TX 77064-3454 |
| ptcrd | + | Ron Madriz, 5151 Richmond Ave, Apt 293, Houston, TX 77056-6700 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: houston_bankruptcy@LGBS.com | Mar 07 2025 20:06:00 | Jeannie Lee Andresen, Linebarger Goggan Blair & Sampson LLP, PO BOX 3064, Houston, TX 77253-3064 |
| aty | | Email/Text: justin.rayome.law@gmail.com | Mar 07 2025 20:05:00 | Justin Peter Louis Rayome, 1001 West Loop South, Suite 700, Houston, TX 77027 |
| tr | + | EDI: FCRMURRAY | Mar 08 2025 00:53:00 | Christopher R Murray, Jones Murray LLP, 602 Sawyer St, Ste 400, Houston, TX 77007-7510 |
| ust | + | Email/Text: ustpregion07.hu.ecf@usdoj.gov | Mar 07 2025 20:06:00 | US Trustee, 7, Office of the US Trustee, 515 Rusk Ave, Ste 3516, Houston, TX 77002-2604 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Mar 07 2025 20:06:00 | Harris County, Linebarger Goggan Blair & Sampson LLP, c/o Jeannie Lee Andersen, P.O. Box 3064, Houston, TX 77253-3064 |
| 12852400 | | Email/PDF: bncnotices@becket-lee.com | Mar 07 2025 20:08:22 | AMEX TRS Co., Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 12864031 | + | EDI: FCRMURRAY | Mar 08 2025 00:53:00 | Christopher R. Murray, 602 Sawyer St., STE 400, Houston, TX 77007-7510 |
| 12839152 | | Email/Text: houston_bankruptcy@LGBS.com | Mar 07 2025 20:06:00 | Harris County, et al, c/o Jeannie L. Andresen, Linebarger Goggan Blair & Sampson LLP, PO Box 3064, Houston,TX 77253-3064 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ptcrd | | EAO Global LLC |
| cr | | Houston 2425 Galleria, LLC |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 2 of 3 |
| Date Rcvd: Mar 07, 2025 | Form ID: 309C | Total Noticed: 18 |

| | | |
|---|---|---|
| cr | | National Bank of Kuwait, S.A.K.P., New York Branch |
| cr | | Sonder USA Inc. |
| wit | | Stephen Sather |
| cr | * | AMEX TRS Co., Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 12894572 | * | AMEX TRS Co., Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 5 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2025        Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Troop | on behalf of Creditor Houston 2425 Galleria LLC andrew.troop@pillsburylaw.com, nydocket@pillsburylaw.com |
| Andrew M. Troop | on behalf of Creditor National Bank of Kuwait S.A.K.P., New York Branch andrew.troop@pillsburylaw.com, nydocket@pillsburylaw.com |
| Charles Clayton Conrad | on behalf of Creditor Houston 2425 Galleria LLC charles.conrad@pillsburylaw.com, nancy.jones@pillsburylaw.com,docket@pillsburylaw.com |
| Charles Clayton Conrad | on behalf of Creditor National Bank of Kuwait S.A.K.P., New York Branch charles.conrad@pillsburylaw.com, nancy.jones@pillsburylaw.com,docket@pillsburylaw.com |
| Christopher R Murray | chris@jonesmurray.com crm@trustesolutions.net |
| J Eric Lockridge | on behalf of Creditor Sonder USA Inc. eric.lockridge@keanmiller.com stephanie.gray@keanmiller.com;eric-lockridge-9072@ecf.pacerpro.com |
| Jana Smith Whitworth | on behalf of U.S. Trustee US Trustee 7 jana.whitworth@usdoj.gov |
| Jeannie Lee Andresen | on behalf of Creditor Harris County houston_bankruptcy@lgbs.com chymel@dorelaw.com |
| Justin Peter Louis Rayome | on behalf of Debtor Jetall Companies justin.rayome.law@gmail.com |
| Kell Corrigan Mercer | on behalf of Petitioning Creditor EAO Global LLC kell.mercer@mercer-law-pc.com |
| Kell Corrigan Mercer | on behalf of Petitioning Creditor M. Nasr & Partners PC kell.mercer@mercer-law-pc.com |
| Kell Corrigan Mercer | on behalf of Petitioning Creditor Ron Madriz kell.mercer@mercer-law-pc.com |
| R. J. Shannon | on behalf of Trustee Christopher R Murray rshannon@shannonleellp.com rshannon@shannonleellp.com;7044075420@filings.docketbird.com |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 3 of 3 |
| Date Rcvd: Mar 07, 2025 | Form ID: 309C | Total Noticed: 18 |

Stephen Wayne Sather
    on behalf of Witness Stephen Sather ssather@bn-lawyers.com
    plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;kparsley@bn-lawyers.com;mcalderon@bn-lawyers.com

US Trustee, 7
    USTPRegion07.HU.ECF@USDOJ.GOV

TOTAL: 15