United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 13, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-35761 |
| JETALL COMPANIES, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 7 |

## ORDER CANCELING STATUS CONFERENCES

The status conferences set for April 8, 2025, at 11:00 a.m. by order at ECF No. 39 and by order at ECF No. 42 are both canceled due to the conversion of this case to a Chapter 7 case.

**SO ORDERED.**

SIGNED 03/13/2025

_____
Jeffrey Norman
United States Bankruptcy Judge