UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: Jetall Companies, Inc. | § | |
| | § | Civil Action No. 4:25cv809 |
| Debtor | § | |
| | § | Bankruptcy Case No. 24-35761 |
| Jetall Companies, Inc. | § | |
| Appellant | § | |

## Notice of Deficiency

1. The notice of appeal was filed in the bankruptcy court on 2/21/2025. The designation of the record was due on 3/7/2025. *See* Fed. R. Bankr. P. 8009.

2. If the appellant does not cure these deficiencies within 14 days, the district court may dismiss the appeal without further notice.

   ☐ The filing fee has not been paid.

   ☒ The record has not been designated.

   ☐ The record designated by the appellant includes transcripts that have not been ordered.

   ☐ The appellant has not arranged to pay for the transcripts designated.

Date: March 13, 2025

Nathan Ochsner, Clerk of Court
\_\_H. Lerma
Deputy Clerk