# UNITED STATES BANKRUPTCY COURT
## SOTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JETALL COMPANIES | § | CASE NO. 24-35761 |
| | § | CHAPTER 7 |
| | § | |
| Debtor | § | |
| | § | RESIGNATION OF TRUSTEE |
| | § | (NO ADMINISTRATION) |

I, **EVA S. ENGELHART, TRUSTEE**, hereby resign as trustee of the above entitled and numbered proceeding.  I have neither received any property nor paid any money on account of this estate.

Dated the 14th day of March, 2025.

Respectfully submitted,

/S:/ EVA S. ENGELHART
Eva S. Engelhart - #00796513
Chapter 7 Trustee
7700 San Felipe, Suite 550
Houston, TX 77063
Tel: (713) 626-1200
Fax: (713) 623-6014

## CERTIFICATE OF REVIEW

The United States Trustee has reviewed and approved the foregoing report for compliance with Title 11.

United States Trustee
Region 7

Dated: March 14, 2025

By: /s/ C. Ross Travis
Trial Attorney, U.S. Trustee