UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
|   JETALL COMPANIES, INC., | § § § | CASE NO. 24- 35761 (jpn) |
| | § | |
| DEBTOR. | § § | CHAPTER 7<br>(Involuntary) |

## NOTICE OF APPOINTMENT OF SUCCESSOR CHAPTER 7 TRUSTEE

Pursuant to 11 U.S.C. § 703, the United States Trustee has appointed the following member of the panel of private trustees established, pursuant to 28 U.S.C. §586(a)(1), as Chapter 7 Trustee in the above-captioned Chapter 7 case:

**JOSE C. RODRIGUEZ**
**342 WOODLAWN, SUITE 103**
**SAN ANTONIO, TX 78212**
**Telephone: (210) 738-8881**

Pursuant to Bankruptcy Rule 2008, the trustee will be deemed to have accepted this appointment unless it is rejected within seven (7) days of receipt of this notice. If the trustee rejects this appointment, the trustee must notify the Court and the United States Trustee.

The bond for this case will be included under the trustee's existing blanket bond.

Unless creditors elect another trustee, the successor trustee appointed herein shall serve as trustee without further appointment or qualification under the same bond.

Dated: March 19, 2025      KEVIN M. EPSTEIN
                                  United States Trustee Region 7
                                  Southern and Western Districts of Texas

                              By:    */s/ Jana Smith Whitworth*
                                       Jana Smith Whitworth
                                       Trial Attorney
                                       SBOT No. 00797453/Federal ID 20656
                                       515 Rusk Avenue, Suite 3516
                                       Houston, Texas 77002
                                       Telephone: (713) 718-4673
                                       Fax: (713) 718-4670
                                       Email: Jana.Whitworth@usdoj.gov

1