United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 20, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-35761 |
| JETALL COMPANIES, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 7 |

## ORDER AUTHORIZING TRUSTEE TO APPEAR VIRTUALLY

On March 19, 2025, Jose C. Rodriguez was appointed Chapter 7 Trustee of this case. The Chapter 7 Trustee is located in San Antonio, Texas. Thus, it would be unduly burdensome for the Chapter 7 Trustee to comply with this Court's Procedure regarding in-person appearances.

**ACCORDINGLY, IT IS ORDERED** that the Chapter 7 Trustee, Jose C. Rodriguez is authorized to appear at any hearing in this case, irrespective of this Court's in person procedures and may appear virtually.

SIGNED 03/20/2025

_____
Jeffrey Norman
United States Bankruptcy Judge