United States Bankruptcy Court
Southern District of Texas

**ENTERED**
March 24, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-35761 |
| **JETALL COMPANIES,** | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 7 |

## SHOW CAUSE ORDER

Hearing was held on the Court's Virtual Status Conference Order[1] on March 24, 2025. No party appeared on behalf of the debtor. The Status Conference is hereby continued to 9:30 a.m. on March 28, 2025.

The Court on February 7, 2025, entered an order[2] which provided:

> **IT IS FURTHER ORDERED** that the deadline to file schedules and other required documents under Federal Rule of Bankruptcy Procedure 1007(a)(2) is February 14, 2025. All other documents required by 11 U.S.C. § 521, and Federal Rule of Bankruptcy Procedure 1007 must be filed by February 21, 2025.

The debtor has repeatedly failed to file schedules and a creditor mailing matrix.[3] As a result, creditors and other parties in interest have yet to be notified of this pending bankruptcy. Additionally, without a creditor matrix the United States Trustee is unable to set a creditor's meeting as it has no effective avenue to notified creditors of the pending case or any scheduled creditor's meeting.

Accordingly, it is **ORDERED** that a representative of the debtor personally appear before this court at 9:30 a.m. on March 28, 2025, Courtroom 403, 4th Floor, 515 Rusk, Houston, Texas with a creditor matrix for this pending Chapter 7 case.

**Failure to abide by this order will be punishable by civil contempt and the Court intends to issue bench warrants for the known principals of the debtor should they fail**

---

[1] ECF No. 87.
[2] ECF No. 39.
[3] This case was converted to Chapter 7 based on the failure of the debtor to abide by this order. (ECF No. 68).

**to comply with the terms of this order**.  Additionally, the Court reserves the right to order at the show cause hearing that notice of the creditor's meeting be made by publication.[4]

    **SO ORDERED.**

    SIGNED 03/24/2025

                                                                Jeffrey Norman
                                                                United States Bankruptcy Judge

---

[4] Both published in a newspaper of general circulation and by electronic publication on Court related websites.