United States Bankruptcy Court
Southern District of Texas

**ENTERED**
March 28, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-35761 |
| **JETALL COMPANIES,** | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 7 |

## NOTICE OF THE RESET MEETING OF CREDITORS

Per ECF No. 107. " A Meeting of Creditors Reset 341(a) meeting to be held on 4/22/2025 at 01:00 PM, via Zoom - Rodriguez: Meeting ID 737 113 8071, Passcode 8075642534, Phone 1 737 295 2018."

Counsel for the Debtor:

**Justin Peter Louis Rayome**
1001 West Loop South
Suite 700
Houston, TX 77027
Ph: 214-934-9345
Em: justin.rayome.law@gmail.com

Chapter 7 Trustee

**Jose C Rodriguez**
Jose C. Rodriguez, Trustee
1101 W. 34th Street, #223
Austin, TX 78705
210-738-8881
jcrodlaw@gmail.com

Office of the United States Trustee

**U.S. Trustee**
**US Trustee, 7**
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002
713-718-4650
USTPRegion07.HU.ECF@USDOJ.GOV

Represented by:

**Jana Smith Whitworth**
Office of United States Trustee
515 Rusk Street, Suite 3516
Houston, TX 77002
Ph: (713) 718-4650
Fax: (713) 718-4670
Em: jana.whitworth@usdoj.gov