United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 08, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 24-35761 |
| JETALL COMPANIES, § | |
| § | |
| Debtor. § | |
| § | CHAPTER 7 |

### ORDER TO SHOW CAUSE

On March 24, 2025, this Court entered an order (ECF No. 102) to show cause regarding the debtor's failure to file schedules and other required documents under Federal Rule of Bankruptcy Procedure 1007(a)(2) as ordered on February 7, 2025.[1] That order set a hearing for March 28, 2025 and ordered that "a representative of the debtor personally appear" "with a creditor matrix for this pending Chapter 7 case."[2]

At the hearing, the Court noted that a creditor matrix had been filed and the 341 meeting had been reset. The Court then ordered debtor to have the remaining schedules and statements filed within a week. The debtor has failed to comply with numerous Court orders requiring the filing of schedules and statements. Accordingly, the Court will require the debtor to appear and show cause why the principals of the debtor should not be held in contempt and confined by the United States Marshalls until the contempt is purged.

**THEREFORE, IT IS ORDERED** that a representative of the debtor must **appear in person** and show cause why representatives of the debtor should not be held in civil contempt, and why Bench Warrants for the known principals of the debtor should not be issued for the failure to comply with the Court's order,

**IT IS FURTHER ORDERED** that a hearing to address the terms of this show cause order shall be held at 9:30 a.m. on April 11, 2025, in Courtroom 403, United States Courthouse, 515 Rusk St., Houston, Texas. **Should the representative of the debtor fail to attend this hearing, the Court will issue an arrest warrant requiring the U.S. Marshal take all known principals of the debtor into custody and compel their attendance at the hearing.**

SIGNED 04/08/2025

Jeffrey Norman
United States Bankruptcy Judge

---

[1] ECF No. 39
[2] ECF No. 102.

1 / 1

United States Bankruptcy Court
Southern District of Texas

| | |
|---|---|
| In re: | Case No. 24-35761-jpn |
| Jetall Companies | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 3 |
| Date Rcvd: Apr 08, 2025 | Form ID: pdf112 | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jetall Companies, 1001 West Loop S, Ste 700, Houston, TX 77027-9033 |
| aty | + | Kell Mercer, Kell C. Mercer, PC, 901 S Mopac Expy Bldg 1 Ste 300, Austin, TX 78746, UNITED STATES 78746-5883 |
| ptcrd | + | M. Nasr & Partners, PC, 7904 N Sam Houston Pkwy W Ste 102, Houston, TX 77064-3454 |
| ptcrd | + | Ron Madriz, 5151 Richmond Ave, Apt 293, Houston, TX 77056-6700 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/PDF: bncnotices@becket-lee.com | Apr 08 2025 20:48:12 | AMEX TRS Co., Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Apr 08 2025 20:38:00 | Harris County, Linebarger Goggan Blair & Sampson LLP, c/o Jeannie Lee Andersen, P.O. Box 3064, Houston, TX 77253-3064 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ptcrd | | EAO Global LLC |
| cr | | Houston 2425 Galleria, LLC |
| cr | | John Quinlan |
| cr | | National Bank of Kuwait, S.A.K.P., New York Branch |
| cr | | Omar Khawaja |
| cr | | Osama Abdullatif |
| cr | | Sonder USA Inc. |
| wit | | Stephen Sather |

TOTAL: 8 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 10, 2025 | Signature: | /s/Gustava Winters |

| District/off: 0541-4 | User: ADIuser | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 08, 2025 | Form ID: pdf112 | Total Noticed: 6 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2025 at the address(es) listed below:**

**Name**     **Email Address**

Andrew M. Troop
    on behalf of Creditor Houston 2425 Galleria  LLC andrew.troop@pillsburylaw.com, nydocket@pillsburylaw.com

Andrew M. Troop
    on behalf of Creditor National Bank of Kuwait  S.A.K.P., New York Branch andrew.troop@pillsburylaw.com, nydocket@pillsburylaw.com

Angeline Vachris Kell
    on behalf of Creditor John Quinlan kell@hooverslovacek.com  avkell@gmail.com;doucet@hooverslovacek.com

Angeline Vachris Kell
    on behalf of Creditor Osama Abdullatif kell@hooverslovacek.com  avkell@gmail.com;doucet@hooverslovacek.com

Angeline Vachris Kell
    on behalf of Creditor Omar Khawaja kell@hooverslovacek.com  avkell@gmail.com;doucet@hooverslovacek.com

Charles Clayton Conrad
    on behalf of Creditor Houston 2425 Galleria  LLC charles.conrad@pillsburylaw.com, nancy.jones@pillsburylaw.com,docket@pillsburylaw.com

Charles Clayton Conrad
    on behalf of Creditor National Bank of Kuwait  S.A.K.P., New York Branch charles.conrad@pillsburylaw.com, nancy.jones@pillsburylaw.com,docket@pillsburylaw.com

Christopher James Kronzer
    on behalf of Creditor Omar Khawaja kronzer@hooverslovacek.com

Christopher James Kronzer
    on behalf of Creditor Osama Abdullatif kronzer@hooverslovacek.com

Christopher James Kronzer
    on behalf of Creditor John Quinlan kronzer@hooverslovacek.com

J Eric Lockridge
    on behalf of Creditor Sonder USA Inc. eric.lockridge@keanmiller.com stephanie.gray@keanmiller.com;eric-lockridge-9072@ecf.pacerpro.com

Jana Smith Whitworth
    on behalf of U.S. Trustee US Trustee  7 jana.whitworth@usdoj.gov

Jeannie Lee Andresen
    on behalf of Creditor Harris County houston_bankruptcy@lgbs.com

Jose C Rodriguez
    jcrodlaw@gmail.com  lettymreyna@gmail.com

Justin Peter Louis Rayome
    on behalf of Debtor Jetall Companies justin.rayome.law@gmail.com

Kell Corrigan Mercer
    on behalf of Petitioning Creditor Ron Madriz kell.mercer@mercer-law-pc.com

Kell Corrigan Mercer
    on behalf of Petitioning Creditor EAO Global LLC kell.mercer@mercer-law-pc.com

Kell Corrigan Mercer
    on behalf of Petitioning Creditor M. Nasr & Partners  PC kell.mercer@mercer-law-pc.com

R. J. Shannon
    on behalf of Trustee Christopher R Murray rshannon@shannonleellp.com rshannon@shannonleellp.com;7044075420@filings.docketbird.com

Stephen Wayne Sather
    on behalf of Witness Stephen Sather ssather@bn-lawyers.com plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;kparsley@bn-lawyers.com;mcalderon@bn-lawyers.com

Thomas Michael Ballases
    on behalf of Creditor Omar Khawaja ballases@hooverslovacek.com  graham@hooverslovacek.com

Thomas Michael Ballases
    on behalf of Creditor Osama Abdullatif ballases@hooverslovacek.com  graham@hooverslovacek.com

Thomas Michael Ballases
    on behalf of Creditor John Quinlan ballases@hooverslovacek.com  graham@hooverslovacek.com

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 3 of 3 |
| Date Rcvd: Apr 08, 2025 | Form ID: pdf112 | Total Noticed: 6 |

US Trustee, 7
                USTPRegion07.HU.ECF@USDOJ.GOV

TOTAL: 24