United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 11, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-35761 |
| JETALL COMPANIES, | § | |
| | § | |
| Debtor. | § | |
| | § | CHAPTER 7 |

### ORDER DENYING MOTION TO WITHDRAW AS COUNSEL IN PART

This matter is before the Court on the Motion to Withdraw as Counsel for Petitioning Creditors, M. Nasr & Partners, PC, EAO Global LLC d/b/a PopLabs, and Ron Madriz (ECF No. 106). This court cannot leave corporate parties unrepresented. Pursuant to Bankruptcy Local Rule 1002-1, "[C]orporate or partnership parties must be represented by counsel at all times." The Court encourages the parties to file a motion to substitute counsel.  The Court grants the motion to withdraw as counsel for Ron Madriz.

**THEREFORE, IT IS ORDERED** that the Motion to Withdraw as Counsel for Petitioning Creditors (ECF No. 106) is denied as to M. Nasr & Partners, PC, and EAO Global LLC d/b/a PopLabs,

**IT IS FURTHER ORDERED** that Kell C. Mercer & Kell C. Mercer, PC is withdrawn as counsel of record for Ron Madriz.

SIGNED 04/11/2025

_____
Jeffrey Norman
United States Bankruptcy Judge