IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| *In re:* | § | |
| | § | |
| **JETALL COMPANIES, INC.** | § | Case No. 24-35761 |
| | § | **(Chapter 7)** |
| | § | |
| *Debtor*, | § | |

## NOTICE OF HEARING

A hearing on Ali Choudhri's Emergency Motion for Release from Custody (ECF No. 141) is currently scheduled for 9:00 a.m. on Monday, Apr 21, 2025, in Courtroom 403, United States Courthouse, 515 Rusk St., Houston, Texas. The response deadline is April 18, 2025. A copy of the order setting hearing is attached as Exhibit A (ECF No. 142).

    Respectfully submitted,

By: */s/ Justin Rayome*
JUSTIN RAYOME
State Bar No. 24130709
1001 West Loop South
Suite 700
Houston, Texas 77027
214-934-9345
justin.rayome.law@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing document was filed electronically on this the 18th day of April, 2025. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's ECF system.

/ s / Justin Rayome
Justin Rayome

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 24-35761<br>Southern District of Texas<br>Houston<br>Tue Apr 15 16:20:36 CDT 2025 | AMEX TRS Co., Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Harris County<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Jeannie Lee Andersen<br>P.O. Box 3064<br>Houston, TX 77253-3064 |
| Jetall Companies<br>1001 West Loop S<br>Ste 700<br>Houston, TX 77027-9033 | M. Nasr & Partners, PC<br>7904 N Sam Houston Pkwy W Ste 102<br>Houston, TX 77064-3454 | National Bank of Kuwait, S.A.K.P., New York |
| US Trustee 7<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | Clark Hill PLC<br>1000 Louisiana St, #2800<br>Houston, Texas 77002-5031 |
| Akin Gump Strauss Hauer & Feld LLP<br>1111 Louisiana St. #44<br>Houston, Texas 77002-5248 | American Express-Corp Members Reward<br>American Express,<br>P.O. Box 981535<br>El Paso, Texas 79998-1535 | Andy Taylor<br>405 Main St., Unit 200<br>Houston, Texas 77002-1843 |
| Butler Snow LLP<br>1400 Lavaca St., Suite 1000<br>Austin, Texas 78701-1764 | CRF Holland Avenue Inc.<br>1614 Holland St.<br>Houston, Texas 77029-2818 | Christopher R. Murray<br>602 Sawyer St., STE 400<br>Houston, TX 77007-7510 |
| Clouthier Law Firm, PLLC<br>9950 Woodloch Forest Dr. #1300<br>The Woodlands, TX 77380-4252 | Deal Sikes<br>8811 Gaylord Dr., Suite 150<br>Houston, Texas 77024-2960 | EAO Global LLC d/b/a PopLabs<br>P.O. Box 79214<br>Houston, TX 77279-9214 |
| Galleria Loop Note Holder, LLC<br>1001 West Loop South, Suite 700<br>Houston, Texas 77027-9033 | Gill CPA & Associates<br>2211 Norfolk St., Houston<br>Texas 77098-4096 | Gulfstream Legal Group<br>720 N. Post Oak Rd., Suite 355<br>Houston, Texas 77024-3841 |
| Hanna and Hanna, Inc.<br>8582 Katy Fwy., Suite 105<br>Houston, Texas 77024-1807 | Hannah Sloan PLLC<br>2161 NW Military Hwy, Suite 114<br>San Antonio, Texas 78213-1844 | Harris County, et al<br>c/o Jeannie L. Andresen<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston,TX 77253-3064 |
| Ian M. Cain<br>412 W Polk St., #1<br>Houston, Texas 77019-4763 | Innovative Legal Solutions<br>5910 Rose St.<br>Houston, Texas 77007-5130 | JLM Law Firm, P.C.<br>901 S. Mopac Expressway, Bldg 1, Ste 300<br>Austin, Texas 78746-5883 |
| Lewis Brisbois Bisgaard & Smith LLP<br>24 Greenway Plaza, #1400<br>Houston, Texas 77046-2410 | Pacer Service Center<br>7550 Frontage Rd<br>San Antonio, Texas 78229 | Passman & Jones<br>1201 Elm St., #2500<br>Dallas, Texas 75270-2599 |

| | | |
|---|---|---|
| Poplabs<br>7850 Parkwood Circle Dr.<br>Suite B-3<br>Houston, Texas 77036-6761 | Quadrus Consulting<br>13401 Country Trails Ln,<br>Austin, Texas 78732-2082 | Rapp Krock<br>1980 Post Oak Blvd, Suite 1200<br>Houston, Texas 77056-3970 |
| RingCentral<br>20 Davis Dr., Belmont,<br>California 94002-3002 | Ross Reporting Service, Inc<br>11706 Playa Ct.<br>Houston, Texas 77034-5406 | Shanaz Choudhri<br>1001 West Loop South, Suite 700<br>Houston, Texas 77027-9033 |
| Smart Office Automation<br>8316 Willow Pl Dr N Building C<br>Houston, Texas 77070-5644 | The Steidley Law Firm<br>3701 Kirby Dr, Suite 1170<br>Houston, Texas 77098-3916 | Travis County Tax Office<br>2433 Ridgepoint De.<br>Austin, Texas 78754-5231 |
| U.S. Legal Support<br>16825 Northchase Dr., #900<br>Houston, Texas 77060-6004 | Veritex Bank<br>5111 San Felipe St.<br>Houston, Texas 77056-3603 | Wrinkle, Gardner & Company, P.C.<br>3231 FM 528 Rd<br>Friendswood, Texas 77546-5011 |
| Jose C Rodriguez<br>Jose C. Rodriguez, Trustee<br>1101 W. 34th Street, #223<br>Austin, TX 78705-1907 | Justin Peter Louis Rayome<br>1001 West Loop South<br>Suite 700<br>Houston, TX 77027-9033 | Kell Mercer<br>Kell C. Mercer, PC<br>901 S Mopac Expy Bldg 1 Ste 300<br>Austin, TX 78746-5883 |
| Ron Madriz<br>5151 Richmond Ave<br>Apt 293<br>Houston, TX 77056-6700 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)EAO Global LLC | (u)Houston 2425 Galleria, LLC | (u)PopLabs |
| (u)Sonder USA Inc. | (d)AMEX TRS Co., Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | (u)John Quinlan |
| (u)Omar Khawaja | (u)Osama Abdullatif | (u)Stephen Sather |

| End of Label Matrix | |
|---|---|
| Mailable recipients | 45 |
| Bypassed recipients | 9 |
| Total | 54 |