United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 21, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-35761 |
| JETALL COMPANIES, | § | |
| | § | |
| Debtor. | § | |
| | § | CHAPTER 7 |

## ORDER SETTING HEARING

Hearing is set on the Amended Emergency Motion for Entry onto Property (ECF No. 147) at 9:30 a.m. on Friday, April 25, 2025, in Courtroom 403, United States Courthouse, 515 Rusk St., Houston, Texas. The response deadline is 5:00 p.m. on April 24, 2025. Requested relief that is unopposed by written response prior to the response deadline may be ruled on without the necessity of a hearing. The Court may grant or deny any relief sought in any motion/application or objection without hearing based on responsive pleadings. The movant shall serve a copy of this order on all affected parties within 24 hours and file a certificate of service; **or** file and serve a hearing notice within 24 hours, which must include the response deadline.

The Court does not intend to allow Ali Choudhri unfettered access the real property but requests that the U.S. Trustee, the Chapter 7 Trustee and the parties that own 2425 West Loop South, Houston, Texas enter into an agreement/arrangement that all the business records of the debtor be released to the United States Trustee and/or Chapter 7 Trustee, thereafter Ali Choudhri and his counsel shall be allowed full access to these records or copies of these records.

The Court may entertain a form of Agreed Order prior to the scheduled hearing between affected parties. The Court finds that the business records of the debtor are property of the estate, and that ownership of these records resides with the Chapter 7 Trustee.

**Parties should reference the Court's website for in person hearing requirements and connection instructions for virtual appearances.**[1]

**SO ORDERED**.

SIGNED 04/21/2025

_____
Jeffrey Norman
United States Bankruptcy Judge

---

[1] https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-jeffrey-p-norman