| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

RECEIVED
UNITED STATES MARSHAL
2025 APR 16 PM 1:41
SOUTHERN DIST. S/TX

| PLAINTIFF<br>Jeffrey P. Norman, U.S. Bankruptcy Judge | COURT CASE NUMBER<br>24-35761   4:2024-BK-35761 |
|---|---|
| DEFENDANT<br>Ali Choudhri | TYPE OF PROCESS |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Ali Choudhri

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1001 West Loop South 700, Houston, TX 77027

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

To be held until contempt purged

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (713) 250-5704
DATE: April 16, 2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 79
District to Serve No. 79
Signature of Authorized USMS Deputy or Clerk: Karen Flores
Date: 4/16/2025

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date: 4/21/25
Time: 12:45 ☒ pm

Address (complete only different than shown above)
Signature of U.S. Marshal or Deputy: DUSM William Simon #5752

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS

Arrest @ hearing on 4/21/25 @ 12:30 pm

United States Courts
Southern District of Texas
FILED
APR 22 2025
Nathan Ochsner, Clerk of Court