**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NUMBER: 24-35761** |
| | § | |
| **JETALL COMPANIES, INC.,** | § | |
| | § | |
| **DEBTORS.** | § | **Chapter 7** |

**UNITED STATES TRUSTEE'S REPORT OF UNDISPUTED ELECTION**
**OF CHAPTER 7 TRUSTEE**
**PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2003**

TO THE HONORABLE JEFFREY P. NORMAN, UNITED STATES BANKRUPTCY JUDGE:

Kevin M. Epstein, the United States Trustee for Region 7 ("U.S. Trustee"), files this Report of an Undisputed Election of Trustee Pursuant to Federal Rule of Bankruptcy Procedure 2003 (the "Election Report"). In support hereof, the U.S. Trustee respectfully reports as follows:

### INTRODUCTION

1.      The U.S. Trustee must report to the Court the status of any election of a chapter 7 trustee at a meeting of creditors, whether that election is disputed or not. *See* Fed. R. Bankr. P. 2003(d). Prior to the initial meeting of creditors, the U.S. Trustee received a request for an election for a chapter 7 trustee in this case. The U.S. Trustee conducted the election for a chapter 7 trustee in this case on April 22, 2025, pursuant to 11 U.S.C. § 702. Neither the election nor the election results were contested or disputed. Accordingly, the U.S. Trustee files this Election Report in compliance with Rule 2003.

### BACKGROUND

2.      On February 7, 2025, the Court entered its Order Denying Joint Motion to Dismiss and For Order of Relief Under 11 U.S.C. § 303(h) in the involuntary chapter 11 case that was initiated by the Involuntary Petition Under Chapter 11 (non-Individual) [ECF 1] filed on December 4, 2024,

pursuant to 11 U.S.C. § 303.

3.      On March 6, 2025, the Court entered its Order Converting Case to Chapter 7 Case [ECF 68].

4.      On March 19, 2025, the U.S. Trustee filed its Notice of Appointment of Successor Chapter 7 Trustee noticing the appointment of Jose C. Rodriguez ("Mr. Rodriguez") as the interim Chapter 7 Trustee for this case.

5.      The initial meeting of creditors, pursuant to 11 U.S.C. § 341, was scheduled for April 22, 2025 [ECF 111].

6.      On April 15, 2025, creditor Christopher Murray, as the Trustee of the Litigation Trust in the Galleria 2425 Owner LLC case (the "Litigation Trustee") requested, via email communication to the U.S. Trustee, an election for chapter 7 trustee in this case, as per 11 U.S.C. § 702.  The Litigation Trustee filed its Proof of Claim, as Claim No. 3, for a general unsecured claim of $3,467,855.89, on January 30, 2025.

7.      On April 15, 2025, creditor National Bank of Kuwait, S.A.K.P., New York Branch (the "NBK") requested, via email communication to the U.S. Trustee, an election for chapter 7 trustee in this case, as per 11 U.S.C. § 702.  The NBK filed its Proofs of Claim as follows: (i) Claim No. 4, for general unsecured claim of $25,000.00, on April 16, 2025; and (ii) Claim No. 5, for a general unsecured claim of $36,138,468.73, on April 16, 2025.

8.      On April 15, 2025, the U.S. Trustee filed his Notice of the Meeting of Creditors and Election for Replacement Chapter 7 Trustee [ECF 130] advising of the pending Trustee Election scheduled for April 22, 2025, at the schedule initial Meeting of Creditors.

**THE ELECTION REPORT**

9.      On April 22, 2025, at 1:00 p.m. (CST), Mr. Rodriguez initiated the meeting of creditors and U.S. Trustee conducted election of chapter 7 trustee (collectively, the "Meeting") for the above-entitled case via Zoom - Rodriguez: Meeting ID 737 113 8071, Passcode 8075642534, Phone 1 737 295 2018.

10.      At the Meeting, (i) the Litigation Trustee, and (ii) the NBK requested that the U.S. Trustee conduct an election for chapter 7 trustee.  The Litigation Trustee nominated Douglas Brickley for election as the permanent chapter 7 trustee in this case.  The NBK seconded the nomination of Douglas Brickley for election as the permanent chapter 7 trustee in this case.

11.      The undersigned presided over and conducted the election of the chapter 7 trustee.

12.      Pursuant to the election, Douglas Brickley was elected as the permanent chapter 7 trustee.

13.      The election is undisputed.

14.      Douglas Brickley's contact information is as follows:

> **Douglas Brickly**
> **Stout Risius Ross, LLC**
> **1000 Main Street, Suite 3200**
> **Houston, TX 77002**
> **Telephone: (713) 955-8406**
> **Email: dbrickley@stout.com**

**Dated:**  April 22, 2025

Respectfully Submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN
DISTRICTS OF TEXAS

By:      */s/ Jana Smith Whitworth*

Jana Smith Whitworth
Trial Attorney
SBOT No. 00797435/Federal I.D. 20656
515 Rusk Avenue, Suite 3516
Houston, Texas 77002
(713) 718-4663
(713) 718-4670 Fax
Email: Jana.Whitworth@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2025, a copy of the foregoing pleading was served on those parties entitled to ECF Notice through the Court's CM/ECF system and, for those not participating in the CM/ECF system, via U.S.P.S. – First Class Mail, Postage Prepaid.

*/s/ Jana Smith Whitworth*
Jana Smith Whitworth

Label Matrix for local noticing
0541-4
Case 24-35761
Southern District of Texas
Houston
Tue Apr 22 16:15:57 CDT 2025

AMEX TRS Co., Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Harris County
Linebarger Goggan Blair & Sampson LLP
c/o Jeannie Lee Andersen
P.O. Box 3064
Houston, TX 77253-3064

Jetall Companies
1001 West Loop S
Ste 700
Houston, TX 77027-9033

M. Nasr & Partners, PC
7904 N Sam Houston Pkwy W Ste 102
Houston, TX 77064-3454

National Bank of Kuwait, S.A.K.P., New York

US Trustee 7
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002-2604

4
United States Bankruptcy Court
PO Box 61010
Houston, TX 77208-1010

Clark Hill PLC
1000 Louisiana St, #2800
Houston, Texas 77002-5031

Akin Gump Strauss Hauer & Feld LLP
1111 Louisiana St. #44
Houston, Texas 77002-5248

American Express-Corp Members Reward
American Express,
 P.O. Box 981535
El Paso, Texas 79998-1535

Andy Taylor
405 Main St., Unit 200
Houston, Texas 77002-1843

Butler Snow LLP
1400 Lavaca St., Suite 1000
Austin, Texas 78701-1764

CRF Holland Avenue Inc.
1614 Holland St.
 Houston, Texas 77029-2818

Christopher R. Murray
602 Sawyer St., STE 400
Houston, TX 77007-7510

Clouthier Law Firm, PLLC
9950 Woodloch Forest Dr. #1300
The Woodlands, TX 77380-4252

Deal Sikes
8811 Gaylord Dr., Suite 150
Houston, Texas 77024-2960

EAO Global LLC d/b/a PopLabs
P.O. Box 79214
Houston, TX 77279-9214

Galleria Loop Note Holder, LLC
1001 West Loop South, Suite 700
Houston, Texas 77027-9033

Gill CPA & Associates
2211 Norfolk St., Houston
Texas 77098-4096

Gulfstream Legal Group
720 N. Post Oak Rd., Suite 355
Houston, Texas 77024-3841

Hanna and Hanna, Inc.
8582 Katy Fwy., Suite 105
Houston, Texas 77024-1807

Hannah Sloan PLLC
2161 NW Military Hwy, Suite 114
San Antonio, Texas 78213-1844

Harris County, et al
c/o Jeannie L. Andresen
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston,TX 77253-3064

Ian M. Cain
412 W Polk St., #1
Houston, Texas 77019-4763

Innovative Legal Solutions
5910 Rose St.
Houston, Texas 77007-5130

JLM Law Firm, P.C.
901 S. Mopac Expressway, Bldg 1, Ste 300
Austin, Texas 78746-5883

Lewis Brisbois Bisgaard & Smith LLP
24 Greenway Plaza, #1400
Houston, Texas 77046-2410

National Bank of Kuwait, S.A.K.P., New York
c/o Charles Conrad
609 Main Street, Suite 2000
Houston, TX 77002-3167

Pacer Service Center
7550 Frontage Rd
San Antonio, Texas 78229

Passman & Jones
1201 Elm St., #2500
Dallas, Texas 75270-2599

Poplabs
7850 Parkwood Circle Dr.
Suite B-3
Houston, Texas 77036-6761

Quadrus Consulting
13401 Country Trails Ln,
Austin, Texas 78732-2082

Rapp Krock
1980 Post Oak Blvd, Suite 1200
Houston, Texas 77056-3970

RingCentral
20 Davis Dr., Belmont,
California 94002-3002

Ross Reporting Service, Inc
11706 Playa Ct.
Houston, Texas 77034-5406

Shanaz Choudhri
1001 West Loop South, Suite 700
Houston, Texas 77027-9033

Smart Office Automation
8316 Willow Pl Dr N Building C
Houston, Texas 77070-5644

The Steidley Law Firm
3701 Kirby Dr, Suite 1170
Houston, Texas 77098-3916

Travis County Tax Office
2433 Ridgepoint De.
Austin, Texas 78754-5231

U.S. Legal Support
16825 Northchase Dr., #900
Houston, Texas 77060-6004

Veritex Bank
5111 San Felipe St.
Houston, Texas 77056-3603

Wrinkle, Gardner & Company, P.C.
3231 FM 528 Rd
Friendswood, Texas 77546-5011

Ali Choudhri
1001 West Loop South
Suite 700
Houston, TX 77027-9033

Jose C Rodriguez
Jose C. Rodriguez, Trustee
1101 W. 34th Street, #223
Austin, TX 78705-1907

Justin Peter Louis Rayome
1001 West Loop South
Suite 700
Houston, TX 77027-9033

Kell Mercer
Kell C. Mercer, PC
901 S Mopac Expy Bldg 1 Ste 300
Austin, TX 78746-5883

Ron Madriz
5151 Richmond Ave
Apt 293
Houston, TX 77056-6700

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)EAO Global LLC

(u)Houston 2425 Galleria, LLC

(u)PopLabs

(u)Sonder USA Inc.

(d)AMEX TRS Co., Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

(u)John Quinlan

(u)Omar Khawaja

(u)Osama Abdullatif

(u)Stephen Sather

**End of Label Matrix**

| | |
|---|---|
| Mailable recipients | 47 |
| Bypassed recipients | 9 |
| Total | 56 |