IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| *In re:* | § | |
| | § | |
| **JETALL COMPANIES, INC.** | § | **Case No. 24-35761** |
| | § | **Chapter 7** |
| | § | |
| | § | |
| *Debtor*. | § | |

## MOTION TO WITHDRAW EMERGENCY MOTION FOR ENTRY ONTO PROPERTY TO RETRIEVE BUSINESS RECORDS

TO THE HONORABLE JEFFREY P. NORMAN,
UNITED STATES BANKRUPTCY JUDGE:

     **COMES NOW**, Ali Choudhri ("Choudhri"), by and through its undersigned counsel, and respectfully moves to withdraw its Amended Emergency Motion for Entry Onto Property to Retrieve Business Records (*See* ECF No. 147, the "Emergency Motion") filed on April 18, 2025, and in support thereof respectfully shows the Honorable Court as follows:

1. On April 18, 2025, Choudhri filed the Emergency Motion seeking authority to enter the premises located at 2425 West Loop South, Houston, Texas 77027 to retrieve critical business records necessary for the preparation and filing of required bankruptcy schedules and statements.

2. Since the filing of the Emergency Motion, circumstances have changed such that the relief requested no longer encompasses the narrow document request necessary for complete and accurate reporting of the bankruptcy schedules and statements. A more circumscribed request will be forthcoming so as to account for the separate legal existence of the Debtor and any affiliated entities.

3. Accordingly, the Debtor respectfully requests leave of Court to withdraw the Emergency Motion without prejudice.

4. This Motion is filed in good faith and not for purposes of delay.

**WHEREFORE, PREMISES CONSIDERED**, Choudhri respectfully requests that the Court permit the withdrawal of the Amended Emergency Motion for Entry Onto Property to Retrieve Business Records without prejudice and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

By: */s/ Justin Rayome*
JUSTIN RAYOME
State Bar No. 24130709
Fed. Bar No. 3873342
1001 West Loop South, Suite 700
Houston, Texas 77027
Telephone: 214-934-9345
Email:
justin.rayome.law@gmail.com

***Attorney for Ali Choudhri***

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing document was filed electronically on this the 25<u>th</u> day of <u>April</u>, 2025. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's ECF system.

Jeannie Lee Andresen on behalf of Creditor  Harris County
houston_bankruptcy@lgbs.com

Thomas Michael Ballases on behalf of Creditor John  Quinlan
ballases@hooverslovacek.com,  graham@hooverslovacek.com

Thomas Michael Ballases on behalf of Creditor Omar  Khawaja
ballases@hooverslovacek.com,  graham@hooverslovacek.com

Thomas Michael Ballases on behalf of Creditor Osama  Abdullatif
ballases@hooverslovacek.com,  graham@hooverslovacek.com

Charles Clayton Conrad on behalf of Creditor   Houston 2425 Galleria, LLC
charles.conrad@pillsburylaw.com,  nancy.jones@pillsburylaw.com,docket@pillsburylaw.com

Charles Clayton Conrad on behalf of Creditor   National Bank of Kuwait, S.A.K.P., New York Branch
charles.conrad@pillsburylaw.com,  nancy.jones@pillsburylaw.com,docket@pillsburylaw.com

Angeline Vachris Kell on behalf of Creditor John  Quinlan
kell@hooverslovacek.com,  avkell@gmail.com;doucet@hooverslovacek.com

Angeline Vachris Kell on behalf of Creditor Omar  Khawaja
kell@hooverslovacek.com,  avkell@gmail.com;doucet@hooverslovacek.com

Angeline Vachris Kell on behalf of Creditor Osama  Abdullatif
kell@hooverslovacek.com,  avkell@gmail.com;doucet@hooverslovacek.com

Christopher James Kronzer on behalf of Creditor John  Quinlan
kronzer@hooverslovacek.com

Christopher James Kronzer on behalf of Creditor Omar  Khawaja
kronzer@hooverslovacek.com

Christopher James Kronzer on behalf of Creditor Osama  Abdullatif
kronzer@hooverslovacek.com

J Eric Lockridge on behalf of Creditor   Sonder USA Inc.
eric.lockridge@keanmiller.com,  stephanie.gray@keanmiller.com;eric-lockridge-9072@ecf.pacerpro.com

Kell Corrigan Mercer on behalf of Petitioning Creditor   EAO Global LLC
kell.mercer@mercer-law-pc.com

Kell Corrigan Mercer on behalf of Petitioning Creditor   M. Nasr & Partners, PC
kell.mercer@mercer-law-pc.com

Justin Peter Louis Rayome on behalf of Debtor   Jetall Companies
justin.rayome.law@gmail.com

Jose C Rodriguez
jcrodlaw@gmail.com,  lettymreyna@gmail.com

Stephen Wayne Sather on behalf of Witness Stephen  Sather
ssather@bn-lawyers.com,  plevine@bn-lawyers.com;cchristensen@bn-
lawyers.com;kparsley@bn-lawyers.com;mcalderon@bn-lawyers.com

R. J.  Shannon on behalf of Trustee Christopher R Murray
rshannon@shannonleellp.com,  rshannon@shannonleellp.com;7044075420@filings.docketbird.c
om

Andrew M. Troop on behalf of Creditor   Houston 2425 Galleria, LLC
andrew.troop@pillsburylaw.com,  nydocket@pillsburylaw.com

Andrew M. Troop on behalf of Creditor   National Bank of Kuwait, S.A.K.P., New York Branch
andrew.troop@pillsburylaw.com,  nydocket@pillsburylaw.com

US Trustee, 7
USTPRegion07.HU.ECF@USDOJ.GOV

Jana Smith Whitworth on behalf of U.S. Trustee   US Trustee, 7
jana.whitworth@usdoj.gov

*/ s / Justin Rayome*
Justin Rayome

Label Matrix for local noticing
0541-4
Case 24-35761
Southern District of Texas
Houston
Tue Apr 15 16:20:36 CDT 2025

AMEX TRS Co., Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Harris County
Linebarger Goggan Blair & Sampson LLP
c/o Jeannie Lee Andersen
P.O. Box 3064
Houston, TX 77253-3064

Jetall Companies
1001 West Loop S
Ste 700
Houston, TX 77027-9033

M. Nasr & Partners, PC
7904 N Sam Houston Pkwy W Ste 102
Houston, TX 77064-3454

National Bank of Kuwait, S.A.K.P., New York

US Trustee 7
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002-2604

4
United States Bankruptcy Court
PO Box 61010
Houston, TX 77208-1010

Clark Hill PLC
1000 Louisiana St, #2800
Houston, Texas 77002-5031

Akin Gump Strauss Hauer & Feld LLP
1111 Louisiana St. #44
Houston, Texas 77002-5248

American Express-Corp Members Reward
American Express,
 P.O. Box 981535
El Paso, Texas 79998-1535

Andy Taylor
405 Main St., Unit 200
Houston, Texas 77002-1843

Butler Snow LLP
1400 Lavaca St., Suite 1000
Austin, Texas 78701-1764

CRF Holland Avenue Inc.
1614 Holland St.
 Houston, Texas 77029-2818

Christopher R. Murray
602 Sawyer St., STE 400
Houston, TX 77007-7510

Clouthier Law Firm, PLLC
9950 Woodloch Forest Dr. #1300
The Woodlands, TX 77380-4252

Deal Sikes
8811 Gaylord Dr., Suite 150
Houston, Texas 77024-2960

EAO Global LLC d/b/a PopLabs
P.O. Box 79214
Houston, TX 77279-9214

Galleria Loop Note Holder, LLC
1001 West Loop South, Suite 700
Houston, Texas 77027-9033

Gill CPA & Associates
2211 Norfolk St., Houston
Texas 77098-4096

Gulfstream Legal Group
720 N. Post Oak Rd., Suite 355
Houston, Texas 77024-3841

Hanna and Hanna, Inc.
8582 Katy Fwy., Suite 105
Houston, Texas 77024-1807

Hannah Sloan PLLC
2161 NW Military Hwy, Suite 114
San Antonio, Texas 78213-1844

Harris County, et al
c/o Jeannie L. Andresen
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston,TX 77253-3064

Ian M. Cain
412 W Polk St., #1
Houston, Texas 77019-4763

Innovative Legal Solutions
5910 Rose St.
Houston, Texas 77007-5130

JLM Law Firm, P.C.
901 S. Mopac Expressway, Bldg 1, Ste 300
Austin, Texas 78746-5883

Lewis Brisbois Bisgaard & Smith LLP
24 Greenway Plaza, #1400
Houston, Texas 77046-2410

Pacer Service Center
7550 Frontage Rd
San Antonio, Texas 78229

Passman & Jones
1201 Elm St., #2500
Dallas, Texas 75270-2599

Poplabs
7850 Parkwood Circle Dr.
Suite B-3
Houston, Texas 77036-6761

Quadrus Consulting
13401 Country Trails Ln,
Austin, Texas 78732-2082

Rapp Krock
1980 Post Oak Blvd, Suite 1200
Houston, Texas 77056-3970

RingCentral
20 Davis Dr., Belmont,
California 94002-3002

Ross Reporting Service, Inc
11706 Playa Ct.
Houston, Texas 77034-5406

Shanaz Choudhri
1001 West Loop South, Suite 700
Houston, Texas 77027-9033

Smart Office Automation
8316 Willow Pl Dr N Building C
Houston, Texas 77070-5644

The Steidley Law Firm
3701 Kirby Dr, Suite 1170
Houston, Texas 77098-3916

Travis County Tax Office
2433 Ridgepoint De.
Austin, Texas 78754-5231

U.S. Legal Support
16825 Northchase Dr., #900
Houston, Texas 77060-6004

Veritex Bank
5111 San Felipe St.
Houston, Texas 77056-3603

Wrinkle, Gardner & Company, P.C.
3231 FM 528 Rd
Friendswood, Texas 77546-5011

Jose C Rodriguez
Jose C. Rodriguez, Trustee
1101 W. 34th Street, #223
Austin, TX 78705-1907

Justin Peter Louis Rayome
1001 West Loop South
Suite 700
Houston, TX 77027-9033

Kell Mercer
Kell C. Mercer, PC
901 S Mopac Expy Bldg 1 Ste 300
Austin, TX 78746-5883

Ron Madriz
5151 Richmond Ave
Apt 293
Houston, TX 77056-6700

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)EAO Global LLC

(u)Houston 2425 Galleria, LLC

(u)PopLabs

(u)Sonder USA Inc.

(d)AMEX TRS Co., Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

(u)John Quinlan

(u)Omar Khawaja

(u)Osama Abdullatif

(u)Stephen Sather

```
End of Label Matrix
Mailable recipients      45
Bypassed recipients       9
Total                    54
```