United States Bankruptcy Court
Southern District of Texas

**ENTERED**
April 25, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 24-35761** |
| **JETALL COMPANIES,** | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |
| | § | **CHAPTER 7** |

### ORDER REQUIRING THE FILING OF AN AMENDED CREDITOR MATRIX

The debtor has filed Amended Schedules with creditor additions but has failed to amend the creditor matrix. There are currently creditors listed in the schedules that are not on the creditor matrix. Accordingly, Ali Choudhri is **ORDERED** to file an amended creditor matrix not later than 5:00 p.m. on April 29, 2025. Additionally, Choudhri is **ORDERED** to file an amended creditor matrix should he file future amended schedules with creditor additions.

**SO ORDERED.**

SIGNED 04/25/2025

_____
Jeffrey Norman
United States Bankruptcy Judge