1001 WL LLC
1001 West Loop South
Houston, TX 77027

Akin Gump Strauss Hauer & Feld LLP
1111 Louisiana St., #44
Houston, TX 77002

Ali Choudhri
1001 West Loop South, Suite 700
Houston, TX 77027

American Express-Corp Member Reward
P.O. Box 981535
El Paso, TX 79998

AMEX TRS Co., Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355

Christopher R. Murray, Trustee
602 Sawyer Street, Suite 400
Houston , TX 77007

CRF Holland Avenue Inc
1614 Holland Ave
Houston, TX 77029

Davy and Heil Judgment
Houston, TX

Deal Sikes
8811 Gaylord Dr., Suite 150
Houston, TX 77024

EAO Global LLC (d/b/a PopLabs) 7850
Parkwood Circle Dr., Suite B-3
Houston, TX 77036

Galleria 2425 Owner LLC
2425 West Loop South
Houston, TX 77027

Galleria Loop Note Holder, LLC 1001
West Loop South, Suite 700 Houston,
TX 77027

Gill CPA & Associates
2211 Norfolk St.
Houston, TX 77098

Gulfstream Legal Group
720 N Post Oak Rd., Suite 355
Houston, TX 77024

Hanna & Hanna, Inc.
8582 Katy Fwy, Suite 105
Houston, TX 77024


Harris Co. Tax Office
P.O. Box 4622
Houston, TX 77210


Hoover Slovacek Judgment
Houston, TX


Innovative Legal Solutions
5910 Rose St.
Houston, TX 77007


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


Jackson Walker LLP
1401 McKinney St #1900
Houston , TX 77010


Jefferson Smith LLC
500 Jefferson St
Houston, TX 77002


JLM Law Firm P.C.
901 S. Mopac Expressway, Bldg 1, Ste 300
Austin, TX 78746


Khawaja Partners LTD
5177 Richmond Ave., Suite 1065
Houston, TX 77056


M. Nasr & Partners, P.C.
7910 N Sam Houston Pkwy W
Houston, TX 77064


Mokaram-Latif West Loop LTD
2500 West Loop South, #450
Houston, TX 77027


Naegali Deposition and Trial
717 Texas Ave., Suite 1200-A
Houston, TX 77002


National Bank of Kuwait, S.A.K.P., NYB
c/o Charles Conrad
609 Main Street, Suite 2000
Houston, TX 77002


Osama Abdullatif Judgement
Houston, TX

```
Pacer Service Center
7550 Frontage Rd.
San Antonio, TX 78229


RingCentral
20 Davis Dr.
Belmont, CA 94002


Ron Madriz
Houston , TX


Ross Reporting Services, Inc.
11706 Playa Ct.
Houston, TX 77034


Shahnaz Choudhri
1001 West Loop South, Suite 700
Houston, TX 77027


Smart Office Automation
8316 Willow Pl. Dr. N Bldg C
Houston, TX 77070


Travis Co. Tax Office
2433 Ridgepoint Dr.
Austin, TX 78754


U.S. Legal Support
16825 Northchase Dr.
Houston, TX 77060


Wrinkle, Gardner & Company, P.C.
3231 FM 528 Rd.
Friendswood, TX 77546
```