IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-35761 |
| | § | |
| JETALL COMPANIES, INC., | § | CHAPTER 7 |
| | § | |
| DEBTOR. | § | |

**EMERGENCY MOTION TO DISQUALIFY MATTHEW OKIN AND
OKIN ADAMS BARTLETT CURRY LLP AS BANKRUPTCY COUNSEL
TO DOUGLAS BRICKLEY, CHAPTER 7 TRUSTEE**

**This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.**

**Represented parties should act through their attorney.**

**Emergency Relief Has Been Requested. If the Court considers the Motion on an emergency basis, then you will have less than 21 days to answer. If you object to the requested relief or if you belief that the emergency consideration is not warranted, you should file an immediate response.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE JEFFREY P. NORMAN:

Ali Choudhri (the "Movant"), hereby moves on an emergency basis to disqualify Matthew Okin and the law firm of Okin Adams Bartlett Curry LLP as Bankruptcy Counsel to Douglas Brickley, Chapter 7 Trustee in this proceeding pursuant to 11 U.S.C. §§ 105(a), and 327(a), Federal Rule of Bankruptcy Procedure 2014, and Local Rule of Bankruptcy Procedure 2014-1, and in support thereof respectfully shows the Honorable Court as follows:

1.  Movant brings this motion to disqualify Matthew Okin and his law firm Okin Adams Bartlett Curry LLP (collectively, "Okin Adams") due to their direct conflicts of interest

1

with the Bankruptcy Estate. Due to his firm's prior connections and ongoing interests adverse to the bankruptcy estate of Jetall Companies, Inc., Okin Adams is not "disinterested" within the meaning of 11 U.S.C. §§ 101(14) and 327(a), and holds interests materially adverse to the estate under *In re West Delta Oil Co.,* 432 F.3d 347, 355 (5th Cir. 2005) and *In re American Int'l Refinery,* 676 F.3d 455, 461 (5th Cir. 2012). Therefore, Okin Adams may not serve as counsel to Douglas Brickley, Chapter 7 Trustee (the "Trustee") in this bankruptcy case pursuant to 11 U.S.C. § 327(a).

2. The Trustee was elected at the 341 meeting of creditors held on April 22, 2025.[1]

3. The following day, on April 23, 2025 the Trustee was added to the case. On the same day, Okin Adams appeared on behalf of the Trustee. To date, no application to employ Okin Adams has been filed pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a), and no verified statement disclosing Okin Adams' connections to the Debtor, creditors, and any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee has been filed.

4. The Movant is aware of the following connections that prevent Okin Adams from being disinterested as required by 11 U.S.C. § 327(a). Okin Adams currently represents Randy Williams, the Chapter 7 Trustee in *In re Houston Real Estate Properties LLC*, Case No. 22-32998, pending before this Bankruptcy Court (the "HREP Bankruptcy"). Okin Adams was retained in that case pursuant to section 327(a). See Exhibit 1. In that capacity, Okin Adams objected to the proof of claim filed by Jetall Companies, Inc. in the HREP Bankruptcy. See Exhibit 2. Okin Adams have also appeared on behalf of Randy Williams, Chapter 7 Trustee in adversary proceeding 23-03141, styled *John Quinlan et al. v. Jetall Companies, Inc., et al.*, pending before this Bankruptcy Court (the "Adversary Proceeding"). See Exhibit 3. Additionally,

---

[1] The Movant reserves all rights regarding the election of the Trustee.

Okin Adams received *Louisiana World Exposition* and responded to demands from the Plaintiffs, and Okin Adams thereafter negotiated on behalf of and represented Randy Williams, Chapter 7 Trustee in selling the claims of HREP asserted by the Plaintiffs in the Adversary Proceeding. *See* Exhibit 4, Exhibit 5, and Exhibit 6. In this regard, according to their billing records in the HREP Bankruptcy, Okin Adams conducted research and analyzed the *alter ego* claims, considered "conflicts with other entities, and property of the estate." *See* Exhibit 7. Okin Adams advised Randy Williams, Chapter 7 Trustee regarding bringing the litigation claims on behalf of the bankruptcy estate. *See* Exhibit 5, Exhibit 6. To this day, Randy Williams, Chapter 7 Trustee, represented by Okin Adams, is identified on the docket sheet as a Defendant in the Adversary Proceeding and HREP is an expressly named defendant, alleged to be the alter ego of Jetall Companies, Inc.

5. The position of Okin Adams as bankruptcy counsel to Randy Williams, Chapter 7 Trustee for HREP is adverse to the interests of Jetall Companies, Inc. and Douglas Brickley, Chapter 7 Trustee for Jetall Companies, Inc. These undisclosed connections require the immediate disqualification of Okin Adams.

6. In addition to the adverse interests relating to HREP, Okin Adams previously represented ASR 2401 Fountainview, LP and ASR 2401 Fountainview, LLC jointly administered debtors in Case Nos. 14-35322 and 14-35323, before this Court. In connection with that engagement, Ali Choudhri directed the actions of Okin Adams in representing the Debtors in those jointly administered cases, in which a chapter 11 plan was confirmed and Jetall Companies, Inc. was the purchaser of the Debtor's assets under that plan. Through its representation of the Debtors under Mr. Choudhri's direction, Okin Adams obtained privileged and confidential information including: (1) Mr. Choudhri's litigation strategies and decision-making processes in bankruptcy proceedings; and (2) his mental impressions and

strategic considerations regarding business operations. This confidential information is directly relevant to and could be used adversely in the current matter against Mr. Choudhri . This violates Rule 1.09(a)(2) of the Texas Rules of Professional Conduct and serves as an independent basis for disqualifying Okin Adams.

7. An emergency hearing is necessary in this matter due to the immediate and ongoing harm being caused by Okin Adams' continued representation of Doug Brickley while lacking disinterestedness and possessing and potentially utilizing privileged and confidential information relating to Mr. Choudhri. The following factors demonstrate the urgency of this situation: (A) Okin Adams previously represented ASR 2401 Fountainview, LP and ASR 2401 Fountainview, LLC while under the direction of Mr. Choudhri and obtained substantial privileged and confidential information during the course of that representation; (B) the current matter is sufficiently and substantially related to Okin Adams' prior representation of ASR 2401 Fountainview, LP and ASR 2401 Fountainview, LLC, creating an inherent conflict of interest; (C) there is a reasonable probability that Okin Adams has access to and may be using confidential and privileged information developed during the representation of ASR 2401 Fountainview, LP and ASR 2401 Fountainview, LLC to Mr. Choudhri's detriment in the current proceedings; (D) the continued representation violates Texas Disciplinary Rules of Professional Conduct 1.06 and 1.09 regarding conflicts of interest and duties to former clients; (E) Mr. Choudhri faces immediate and irreparable harm if Okin Adams continues its representation of Douglas Brickley while possessing his privileged information; (F) the balance of equities favors immediate disqualification as Mr. Brickley can obtain alternative counsel while Mr. Choudhri cannot unring the bell of disclosed confidences; and (G) public policy strongly favors maintaining attorney-client confidentiality and preventing even the appearance of impropriety in legal proceedings.

8. Therefore, Movant respectfully requests an emergency hearing to address this matter and seek immediate disqualification of Okin Adams from representing Doug Brickley in this proceeding.

**WHEREFORE, PREMISES CONSIDERED**, Movant respectfully requests that this Court enter an order: (1) disqualifying Matthew Okin and Okin Adams Bartlett Curry LLP from representing any party in this proceeding; and (2) granting such other and further relief to which Movant may be justly entitled.

Respectfully submitted,

*/s/ Justin Rayome*
JUSTIN RAYOME
Texas Bar No. 24130709
S.D. TX Bar No. 3873342
5882 Sugar Hill Dr.
Houston, TX 77057
Justinrayome3@gmail.com
(214) 934-9345

COUNSEL FOR ALI CHOUDHRI

## **CERTIFICATE OF SERVICE**

   I hereby certify that on <u>7th</u> day of <u>May</u>, 2025, a true and correct copy of the foregoing pleading was served via regular US Mail or email where reflected by email address on each of the parties on the attached service list, which is the Court's mailing list for this case.

               */s/ Justin Rayome*
                Justin Rayome

Jeannie Lee Andresen on behalf of Creditor   Harris County
houston_bankruptcy@lgbs.com

Thomas Michael Ballases on behalf of Creditor John  Quinlan
ballases@hooverslovacek.com,  graham@hooverslovacek.com

Thomas Michael Ballases on behalf of Creditor Omar  Khawaja
ballases@hooverslovacek.com,  graham@hooverslovacek.com

Thomas Michael Ballases on behalf of Creditor Osama  Abdullatif
ballases@hooverslovacek.com,  graham@hooverslovacek.com

Douglas  Brickley
dbrickley@stout.com

Charles Clayton Conrad on behalf of Creditor   Houston 2425 Galleria, LLC
charles.conrad@pillsburylaw.com,  nancy.jones@pillsburylaw.com,docket@pillsburylaw.com

Charles Clayton Conrad on behalf of Creditor   National Bank of Kuwait, S.A.K.P., New York Branch
charles.conrad@pillsburylaw.com,  nancy.jones@pillsburylaw.com,docket@pillsburylaw.com

Michael J Durrschmidt on behalf of Interested Party   SLS River Oaks District, LLC
mdurrschmidt@dykema.com,  klewinski@dykema.com;ccastic@dykema.com

Angeline Vachris Kell on behalf of Creditor John  Quinlan
kell@hooverslovacek.com,  avkell@gmail.com;doucet@hooverslovacek.com

Angeline Vachris Kell on behalf of Creditor Omar  Khawaja
kell@hooverslovacek.com,  avkell@gmail.com;doucet@hooverslovacek.com

Angeline Vachris Kell on behalf of Creditor Osama  Abdullatif
kell@hooverslovacek.com,  avkell@gmail.com;doucet@hooverslovacek.com

Christopher James Kronzer on behalf of Creditor John  Quinlan
kronzer@hooverslovacek.com

Christopher James Kronzer on behalf of Creditor Omar  Khawaja
kronzer@hooverslovacek.com

Christopher James Kronzer on behalf of Creditor Osama  Abdullatif
kronzer@hooverslovacek.com

J Eric Lockridge on behalf of Creditor   Sonder USA Inc.
eric.lockridge@keanmiller.com, stephanie.gray@keanmiller.com;eric-lockridge-9072@ecf.pacerpro.com

Kell Corrigan Mercer on behalf of Petitioning Creditor   EAO Global LLC
kell.mercer@mercer-law-pc.com

Kell Corrigan Mercer on behalf of Petitioning Creditor   M. Nasr & Partners, PC
kell.mercer@mercer-law-pc.com

Matthew Scott Okin on behalf of Trustee Douglas  Brickley
mokin@okinadams.com,  sgonzales@okinadams.com;nhollon@okinadams.com

Gus E Pappas on behalf of Interested Party Elena  Martyanova
gus@dabneypappas.com

Justin Peter Louis Rayome on behalf of Creditor Ali  Choudhri
justin.rayome.law@gmail.com

Justin Peter Louis Rayome on behalf of Debtor   Jetall Companies
justin.rayome.law@gmail.com

Stephen Wayne Sather on behalf of Witness Stephen  Sather
ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;kparsley@bn-lawyers.com;mcalderon@bn-lawyers.com

R. J.  Shannon on behalf of Trustee Christopher R Murray
rshannon@shannonleellp.com, rshannon@shannonleellp.com;7044075420@filings.docketbird.com

Andrew M. Troop on behalf of Creditor   Houston 2425 Galleria, LLC
andrew.troop@pillsburylaw.com, nydocket@pillsburylaw.com

Andrew M. Troop on behalf of Creditor   National Bank of Kuwait, S.A.K.P., New York Branch
andrew.troop@pillsburylaw.com, nydocket@pillsburylaw.com

US Trustee, 7
USTPRegion07.HU.ECF@USDOJ.GOV

Jana Smith Whitworth on behalf of U.S. Trustee   US Trustee, 7
jana.whitworth@usdoj.gov

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 24-35761<br>Southern District of Texas<br>Houston<br>Tue Apr 15 16:20:36 CDT 2025 | AMEX TRS Co., Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Harris County<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Jeannie Lee Andersen<br>P.O. Box 3064<br>Houston, TX 77253-3064 |
| Jetall Companies<br>1001 West Loop S<br>Ste 700<br>Houston, TX 77027-9033 | M. Nasr & Partners, PC<br>7904 N Sam Houston Pkwy W Ste 102<br>Houston, TX 77064-3454 | National Bank of Kuwait, S.A.K.P., New York |
| US Trustee 7<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | Clark Hill PLC<br>1000 Louisiana St, #2800<br>Houston, Texas 77002-5031 |
| Akin Gump Strauss Hauer & Feld LLP<br>1111 Louisiana St. #44<br>Houston, Texas 77002-5248 | American Express-Corp Members Reward<br>American Express,<br>P.O. Box 981535<br>El Paso, Texas 79998-1535 | Andy Taylor<br>405 Main St., Unit 200<br>Houston, Texas 77002-1843 |
| Butler Snow LLP<br>1400 Lavaca St., Suite 1000<br>Austin, Texas 78701-1764 | CRF Holland Avenue Inc.<br>1614 Holland St.<br>Houston, Texas 77029-2818 | Christopher R. Murray<br>602 Sawyer St., STE 400<br>Houston, TX 77007-7510 |
| Clouthier Law Firm, PLLC<br>9950 Woodloch Forest Dr. #1300<br>The Woodlands, TX 77380-4252 | Deal Sikes<br>8811 Gaylord Dr., Suite 150<br>Houston, Texas 77024-2960 | EAO Global LLC d/b/a PopLabs<br>P.O. Box 79214<br>Houston, TX 77279-9214 |
| Galleria Loop Note Holder, LLC<br>1001 West Loop South, Suite 700<br>Houston, Texas 77027-9033 | Gill CPA & Associates<br>2211 Norfolk St., Houston<br>Texas 77098-4096 | Gulfstream Legal Group<br>720 N. Post Oak Rd., Suite 355<br>Houston, Texas 77024-3841 |
| Hanna and Hanna, Inc.<br>8582 Katy Fwy., Suite 105<br>Houston, Texas 77024-1807 | Hannah Sloan PLLC<br>2161 NW Military Hwy, Suite 114<br>San Antonio, Texas 78213-1844 | Harris County, et al<br>c/o Jeannie L. Andresen<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston,TX 77253-3064 |
| Ian M. Cain<br>412 W Polk St., #1<br>Houston, Texas 77019-4763 | Innovative Legal Solutions<br>5910 Rose St.<br>Houston, Texas 77007-5130 | JLM Law Firm, P.C.<br>901 S. Mopac Expressway, Bldg 1, Ste 300<br>Austin, Texas 78746-5883 |
| Lewis Brisbois Bisgaard & Smith LLP<br>24 Greenway Plaza, #1400<br>Houston, Texas 77046-2410 | Pacer Service Center<br>7550 Frontage Rd<br>San Antonio, Texas 78229 | Passman & Jones<br>1201 Elm St., #2500<br>Dallas, Texas 75270-2599 |

| | | |
|---|---|---|
| Poplabs<br>7850 Parkwood Circle Dr.<br>Suite B-3<br>Houston, Texas 77036-6761 | Quadrus Consulting<br>13401 Country Trails Ln,<br>Austin, Texas 78732-2082 | Rapp Krock<br>1980 Post Oak Blvd, Suite 1200<br>Houston, Texas 77056-3970 |
| RingCentral<br>20 Davis Dr., Belmont,<br>California 94002-3002 | Ross Reporting Service, Inc<br>11706 Playa Ct.<br>Houston, Texas 77034-5406 | Shanaz Choudhri<br>1001 West Loop South, Suite 700<br>Houston, Texas 77027-9033 |
| Smart Office Automation<br>8316 Willow Pl Dr N Building C<br>Houston, Texas 77070-5644 | The Steidley Law Firm<br>3701 Kirby Dr, Suite 1170<br>Houston, Texas 77098-3916 | Travis County Tax Office<br>2433 Ridgepoint De.<br>Austin, Texas 78754-5231 |
| U.S. Legal Support<br>16825 Northchase Dr., #900<br>Houston, Texas 77060-6004 | Veritex Bank<br>5111 San Felipe St.<br>Houston, Texas 77056-3603 | Wrinkle, Gardner & Company, P.C.<br>3231 FM 528 Rd<br>Friendswood, Texas 77546-5011 |
| Jose C Rodriguez<br>Jose C. Rodriguez, Trustee<br>1101 W. 34th Street, #223<br>Austin, TX 78705-1907 | Justin Peter Louis Rayome<br>1001 West Loop South<br>Suite 700<br>Houston, TX 77027-9033 | Kell Mercer<br>Kell C. Mercer, PC<br>901 S Mopac Expy Bldg 1 Ste 300<br>Austin, TX 78746-5883 |
| Ron Madriz<br>5151 Richmond Ave<br>Apt 293<br>Houston, TX 77056-6700 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)EAO Global LLC | (u)Houston 2425 Galleria, LLC | (u)PopLabs |
| (u)Sonder USA Inc. | (d)AMEX TRS Co., Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | (u)John Quinlan |
| (u)Omar Khawaja | (u)Osama Abdullatif | (u)Stephen Sather |

```
End of Label Matrix
Mailable recipients     45
Bypassed recipients      9
Total                   54
```