Case 24-35761   Document 204   Filed in TXSB on 05/08/25   Page 1 of 1

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 08, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-35761 |
| **JETALL COMPANIES,** | § | |
| | § | |
| Debtor. | § | |
| | § | **CHAPTER 7** |

## ORDER DENYING EMERGENCY CONSIDERATION AND SETTING HEARING

This matter is before the Court on the Emergency Motion to Disqualify Matthew Okin and Okin Adams Bartlett Curry LLP as Bankruptcy counsel to Douglas Brickley, Chapter 7 Trustee (ECF No. 203) filed by Ali Choudhri. The movant has failed to comply with the Bankruptcy Local Rules and this Court's procedures[1] regarding the filing of emergency motions, as there is no date relief is needed to avoid the consequences of the emergency, and the motion is not certified for its accuracy.[2] The request for emergency consideration is denied. The Court does not consider the subject matter of the motion to be a true emergency. The desire of parties to have an order entered quickly does not raise to the level of "a serious, unexpected, and often dangerous situation requiring immediate action."

Hearing is set on the Motion to Disqualify at 1:30 p.m. on Wednesday, June 4, 2025, in Courtroom 403, United States Courthouse, 515 Rusk St., Houston, Texas. The response deadline is 5:00 p.m. on May 28, 2025. Requested relief that is unopposed by written response prior to the response deadline may be ruled on without the necessity of a hearing. The Court may grant or deny any relief sought in any motion/application or objection without hearing based on responsive pleadings. The movant shall serve a copy of this order on all affected parties within 24 hours and file a certificate of service; **or** file and serve a hearing notice within 24 hours, which must include the response deadline.

**Parties should reference the Court's website for in person hearing requirements and connection instructions for virtual appearances.**[3]

**SO ORDERED**.
SIGNED 05/08/2025

_____
Jeffrey Norman
United States Bankruptcy Judge

---

[1] The Court Procedures can be found at: https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-jeffrey-pnorman. "Notice that an emergency motion or a request for an expedited hearing has been filed may be sent via email to tracey_conrad@txs.uscourts.gov as they may not be seen by chambers staff until the next business day."

[2] First, the Court notes the repeated failures of counsel to comply with the Bankruptcy Local Rules and this Court's Procedures as indicated by the docket in this case. Second, the emergency motion must contain the word "Emergency" in the title of the motion. The motion must include a detailed statement why an emergency exists and the date relief is needed to avoid the consequences of the emergency. The motion seeking an emergency hearing must be certified for its accuracy by the party seeking the emergency relief or by its counsel.

[3] https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-jeffrey-p-norman