United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 12, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 24-35761 |
| JETALL COMPANIES, § | |
| § | |
| Debtor. § | |
| § | CHAPTER 7 |

## ORDER DENYING MOTION FOR LEAVE TO APPEAL

This matter is before the Court on the Motion for Leave to Appeal (ECF No 207) filed by Ali Choudhri ("Choudhri"). After review, it is not clear that movant is seeking relief from this Court as it refers to the United States District Court throughout the motion. Secondly, movant filed a Notice of Appeal on May 9, 2025, at ECF No. 205 appealing the order entered at ECF No. 185. Accordingly, the request for leave to appeal is moot.

**THEREFORE, IT IS ORDERED** that the Motion for Leave to Appeal (ECF No 207) is denied as moot.

SIGNED 05/12/2025

_____
Jeffrey Norman
United States Bankruptcy Judge