IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-35761-JPN |
| | § | |
| JETALL COMPANIES, INC. | § | |
| | § | |
| DEBTOR | § | CHAPTER 7 |

**MOTION OF JOSE C. RODRIGUEZ
FOR APPROVAL OF A SOUTHERN DISTRICT TRUSTEE EXEMPTION
FOR PACER FEES AND A WAIVER OF ACCRUED FEES
FOR THE PERIOD MARCH 19, 2025 THROUGH APRIL 22, 2025**

**This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot resolve the dispute, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.
Represented parties should act through their attorney.**

**There will be a hearing on this motion on June 10, 2025, at 1:30 p.m. in Courtroom 403, 515 Rusk Street, Houston, TX 77002.**

**The deadline for filing a response as well as the hearing date on this motion may be modified by order of the Court.**

TO THE HONORABLE JEFFREY P. NORMAN,
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, JOSE C. RODRIGUEZ, the previously appointed Chapter 7 Trustee, who files this Motion for Approval of a Southern District Trustee Exemption for PACER Fees and a Waiver of Accrued Fees for the period from March 19, 2025 to April 22, 2025, and as grounds would show the following:

1. On December 4, 2024, an Involuntary Petition Under Chapter 11 was filed on behalf of the Debtor, Jetall Companies, Inc.

2. On March 6, 2025, the Court entered its Order Converting the Case to a Chapter 7 Case (Dkt. #68).

3. On March 19, 2025, the U.S. Trustee filed its Notice of Appointment of Successor Chapter 7 Trustee noticing the appointment of Jose C. Rodriguez ("Trustee Rodriguez") as the interim Trustee (Dkt. #92).

4. On April 22, 2025, the United States Trustee's Report of Undisputed Election of Chapter 7 Trustee Pursuant to Federal Rule of Bankruptcy Procedure 2003 (Dkt. #165) was filed electing Douglas Brickley as the permanent Chapter 7 Trustee.

5. During his time as Interim Trustee, Trustee Rodriguez incurred PACER fees to research the case status, the case parties, the pleadings, and the unique issues presented by the case

6. Trustee Rodriguez has received an exemption for PACER fees from the Western District of Texas.  PACER has advised the Trustee that the exemption is not transferable to the Southern District PACER fees without court approval from the Southern District.

7. Trustee Rodriguez now requests the court's approval for the Southern District Exemption for, and waiver of, PACER fees incurred for the period March 19, 2025 to April 22, 2025.

WHEREFORE, PREMISES CONSIDERED, Trustee requests the Court enter an order approving an exemption from, and waiver of, PACER fees incurred for the period March 19, 2025 through April 22, 2025; and for such other and further relief to which he may be justly entitled.

Dated: May 14, 2025

        Respectfully submitted,

        Law Offices of Jose C. Rodriguez
        1101 W. 34th Street, #223
        Austin, TX  78705212
        (210) 738-8881 Telephone
        (210) 738-8882 Facsimile

        By: **/s/ *Jose C. Rodriguez***
            Jose C. Rodriguez
            Texas State Bar No. 17146450
            jcrodlaw@gmail.com

**CHAPTER 7 TRUSTEE**

___

**CERTIFICATE OF SERVICE**
___

      I hereby certify that a true and correct copy of the foregoing document, along with a copy of the Proposed Order was filed with the Court and either served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system on the  14th  day of   May , 2025 or sent by United States First Class Mail within two business days to the parties as set forth in the attached mailing matrix.

        **/s/ *Jose C. Rodriguez***
        Jose C. Rodriguez

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 24-35761<br>Southern District of Texas<br>Houston<br>Wed May 14 10:07:38 CDT 2025 | AMEX TRS Co., Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Harris County<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Jeannie Lee Andersen<br>P.O. Box 3064<br>Houston, TX 77253-3064 |
| Jetall Companies<br>1001 West Loop S<br>Ste 700<br>Houston, TX 77027-9033 | M. Nasr & Partners, PC<br>7904 N Sam Houston Pkwy W Ste 102<br>Houston, TX 77064-3454 | National Bank of Kuwait, S.A.K.P., New York |
| US Trustee 7<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | Clark Hill PLC<br>1000 Louisiana St, #2800<br>Houston, Texas 77002-5031 |
| Akin Gump Strauss Hauer & Feld LLP<br>1111 Louisiana St. #44<br>Houston, Texas 77002-5248 | American Express-Corp Members Reward<br>American Express,<br>P.O. Box 981535<br>El Paso, Texas 79998-1535 | Andy Taylor<br>405 Main St., Unit 200<br>Houston, Texas 77002-1843 |
| Butler Snow LLP<br>1400 Lavaca St., Suite 1000<br>Austin, Texas 78701-1764 | CRF Holland Avenue Inc.<br>1614 Holland St.<br>Houston, Texas 77029-2818 | Christopher R. Murray<br>602 Sawyer St., STE 400<br>Houston, TX 77007-7510 |
| Clouthier Law Firm, PLLC<br>9950 Woodloch Forest Dr. #1300<br>The Woodlands, TX 77380-4252 | Deal Sikes<br>8811 Gaylord Dr., Suite 150<br>Houston, Texas 77024-2960 | EAO Global LLC d/b/a PopLabs<br>P.O. Box 79214<br>Houston, TX 77279-9214 |
| Galleria Loop Note Holder, LLC<br>1001 West Loop South, Suite 700<br>Houston, Texas 77027-9033 | Gill CPA & Associates<br>2211 Norfolk St., Houston<br>Texas 77098-4096 | Gulfstream Legal Group<br>720 N. Post Oak Rd., Suite 355<br>Houston, Texas 77024-3841 |
| Hanna and Hanna, Inc.<br>8582 Katy Fwy., Suite 105<br>Houston, Texas 77024-1807 | Hannah Sloan PLLC<br>2161 NW Military Hwy, Suite 114<br>San Antonio, Texas 78213-1844 | Harris County, et al<br>c/o Jeannie L. Andresen<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston,TX 77253-3064 |
| Ian M. Cain<br>412 W Polk St., #1<br>Houston, Texas 77019-4763 | Innovative Legal Solutions<br>5910 Rose St.<br>Houston, Texas 77007-5130 | JLM Law Firm, P.C.<br>901 S. Mopac Expressway, Bldg 1, Ste 300<br>Austin, Texas 78746-5883 |
| Lewis Brisbois Bisgaard & Smith LLP<br>24 Greenway Plaza, #1400<br>Houston, Texas 77046-2410 | National Bank of Kuwait, S.A.K.P., New York<br>c/o Charles Conrad<br>609 Main Street, Suite 2000<br>Houston, TX 77002-3180 | Pacer Service Center<br>7550 Frontage Rd<br>San Antonio, Texas 78229 |

| | | |
|---|---|---|
| Passman & Jones<br>1201 Elm St., #2500<br>Dallas, Texas 75270-2599 | Poplabs<br>7850 Parkwood Circle Dr.<br>Suite B-3<br>Houston, Texas 77036-6761 | Quadrus Consulting<br>13401 Country Trails Ln,<br>Austin, Texas 78732-2082 |
| Rapp Krock<br>1980 Post Oak Blvd, Suite 1200<br>Houston, Texas 77056-3970 | RingCentral<br>20 Davis Dr., Belmont,<br>California 94002-3002 | Ross Reporting Service, Inc<br>11706 Playa Ct.<br>Houston, Texas 77034-5406 |
| Shanaz Choudhri<br>1001 West Loop South, Suite 700<br>Houston, Texas 77027-9033 | Smart Office Automation<br>8316 Willow Pl Dr N Building C<br>Houston, Texas 77070-5644 | The Steidley Law Firm<br>3701 Kirby Dr, Suite 1170<br>Houston, Texas 77098-3916 |
| Travis County Tax Office<br>2433 Ridgepoint De.<br>Austin, Texas 78754-5231 | U.S. Legal Support<br>16825 Northchase Dr., #900<br>Houston, Texas 77060-6004 | Veritex Bank<br>5111 San Felipe St.<br>Houston, Texas 77056-3603 |
| Wrinkle, Gardner & Company, P.C.<br>3231 FM 528 Rd<br>Friendswood, Texas 77546-5011 | Ali Choudhri<br>1001 West Loop South<br>Suite 700<br>Houston, TX 77027-9033 | Douglas Brickley<br>Stout Risius Ross LLC<br>1000 Main St<br>Ste 3200<br>Houston, TX 77002-6337 |
| Justin Peter Louis Rayome<br>1001 West Loop South<br>Suite 700<br>Houston, TX 77027-9033 | Kell Mercer<br>Kell C. Mercer, PC<br>901 S Mopac Expy Bldg 1 Ste 300<br>Austin, TX 78746-5883 | Ron Madriz<br>5151 Richmond Ave<br>Apt 293<br>Houston, TX 77056-6700 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)EAO Global LLC | (u)Houston 2425 Galleria, LLC | (u)PopLabs |
| (u)SLS River Oaks District, LLC | (u)Sonder USA Inc. | (d)AMEX TRS Co., Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| (u)Elena Martyanova | (u)John Quinlan | (u)Omar Khawaja |

(u)Osama Abdullatif    (u)Stephen Sather    End of Label Matrix
                                            Mailable recipients    47
                                            Bypassed recipients    11
                                            Total                  58