IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JETALL COMPANIES, INC., | § | CASE NO. 24-35761 |
| | § | CHAPTER 7 |
| DEBTOR. | § | |

**NOTICE OF APPEAL**
**[DOCKET NO. 224]**

    Notice is hereby given that ALI CHOUDHRI, Interested Party and Principal of JETALL COMPANIES and 1001 WL, LLC (the "Appellant") hereby appeals to the United States District Court for the Southern District of Texas from the following orders:

    Order on Stipulation and Agreed Order between Douglas J. Brickley, Chapter 7 Trustee of Jetall Companies, Inc. and J. Patrick Lowe, Chapter 11 Trustee of 1001 WL, LLC regarding access to and use of the Office (ECF No. 224) dated May 14, 2024, attached as **Exhibit No. 1**.

*[Remainder of Page Left Intentionally Blank]*

The names of all of the parties to the Orders appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Parties | Attorneys |
|---|---|
| **Proposed Appellant**:<br><br>Ali Choudhri | Justin Rayome<br>SBN: 24130709<br>1001 West Loop South<br>Suite 700<br>Houston, Tx 77027<br>214-934-9345<br>justin.rayome.law@gmail.com |
| **Possible Appellees**:<br><br>Douglas Brickley, Trustee | Matthew Scott Okin<br>Okin Adams LLP<br>1113 Vine Street, Suite 240<br>Houston, TX 77002<br>713-228-4100<br>Fax : 346-247-7158<br>Email: mokin@okinadams.com |
| SLS River Oaks River Oaks District, LLC | Michael J. Durrschmidt<br>Texas Bar No. 06287650<br>Kim E. Lewinski<br>Texas Bar No. 24097994<br>Dykema Gossett PLLC<br>5 Houston Center<br>Houston, TX 77010<br>(713) 904-6874 Telephone<br>(855) 264-1088 Facsimile<br>E-mail: mdurrschmidt@dykema.com<br>E-mail: klewinski@dykema.com |
| Christopher R. Murry | R. J. Shannon<br>Shannon & Lee LLP<br>2100 Travis Street, STE 1525<br>Houston, TX 77002<br>713-714-5770<br>Email: rshannon@shannonleellp.com |

| | |
|---|---|
| National Bank of Kuwait, S.A.K.P. | |
| John Quinlan, Omar Khawaja, Osama Abdullatif | Charles C. Conrad<br>L. James Dickinson<br>609 Main Street Ste 2000<br>Houston, TX 77002<br>(713) 276-7600<br>Charles.conrad@pillsburylaw.com<br>James.dickinson@pillsburylaw.com<br><br>Andrew M. Troop<br>Patrick E. Fitzmaurice<br>31 West 52nd Street<br>New York, NY 10019-6131<br>(212) 858-1000<br>Andrew.Troop@pillsburylaw.com<br>Patrick.fitzmaurice@pillsburylaw.com<br><br>T. Michael Ballases<br>State Bar No.24036179<br>Galleria Tower II<br>5051 Westheimer, Suite 1200<br>Houston, Texas 77056<br>(713) 977-8686<br>ballases@hooverslovacek.com |
| **Office of the United States Trustee** | Jana Smith Whitworth<br>Office of United States Trustee<br>515 Rusk Street, Suite 3516<br>Houston, TX 77002<br>(713) 718-4650<br>Fax : (713) 718-4670<br>Email: jana.whitworth@usdoj.gov |

This appeal is timely pursuant to Fed. R. Bankr. Pr. 8002(a)(1) & 8002(b)(1)(B)-(D) because this notice is being filed within 14 days from the entry of that order.

Respectfully submitted,

Justin Rayome
1001 West Loop South
Suite 700
Houston, Tx 77027
214-934-9345
justin.rayome.law@gmail.com

By: /s/ Justin Rayome
    Justin Rayome
    SBN: 24130709

ATTORNEY FOR PROPOSED
APPELLANT, ALI CHOUDHRI

## CERTIFICATE OF SERVICE

    I hereby certify that on the _27_th day of May, 2025, a true and correct copy of this Notice of Appeal was served upon the parties identified on the attached service list via regular United States mail.

/s/ Justin Rayome
Jsutin Rayome