United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 04, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-35761 |
| JETALL COMPANIES, | § | |
| | § | |
| Debtor. | § | |
| | § | CHAPTER 7 |

### ORDER DENYING MOTION FOR CONTINUANCE

Before the Court is a Motion for Continuance or Notice to Withdraw Motion to Disqualify Matthew Okin and Okin Adams Bartlett Curry LLP as Bankruptcy Counsel (ECF No. 269). The movant is seeking a continuance of a hearing that is set for today. The Motion for Continuance is denied as the movant failed to attach a proposed order to the instant motion as required by Bankruptcy Local Rule 9013-1(h).[1] Furthermore, the movant has failed to follow this court's procedures[2] regarding continuances. Continuances may be requested 1) by agreement without a motion; 2) by an agreed motion; or 3) by a contested motion. When all parties do not agree to a continuance, a motion to continue is appropriate. However, that motion must include an affidavit indicating the efforts the party took to obtain consent to the continuance. The instant motion does not include an affidavit. In fact, the motion does not indicate that the movant even attempted to obtain consent from the Trustee or his counsel for the continuance. Lastly, the movant failed to self-calendar this matter for hearing in accordance with this Court's procedures.

Movant also seeks alternative relief to withdraw its motion without prejudice. The alternative relief is granted, as a party may withdraw its motion ex parte.

**THEREFORE, IT IS ORDERED** that the Motion for Continuance is denied, and the Emergency Motion to Disqualify Matthew Okin and Okin Adams Bartlett Curry LLP as Bankruptcy Counsel (ECF No. 203) is withdrawn on Ali Choudhri's notice of withdrawal at ECF No. 269.

SIGNED 06/04/2025

_____
Jeffrey Norman
United States Bankruptcy Judge

---

[1] "Each motion, application, objection, and response filed with the court must be accompanied by a proposed order."
[2] The Court procedures can be found at the following website: https://www.txs.uscourts.gov/page/unitedstates-bankruptcy-judge-jeffrey-p-norman.