United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 04, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-35761 |
| JETALL COMPANIES, | § | |
| | § | |
| Debtor. | § | |
| | § | CHAPTER 7 |

## ORDER ON ATTORNEYS' FEES AND COSTS

On May 13, 2025, this Court entered an Order of Contempt against Ali Choudhri (ECF No. 219). The Order of Contempt granted the Chapter 7 Trustee his attorneys' fees and costs as follows:

> Within fourteen (14) calendar days from the entry of this Order, the Chapter 7 Trustee shall file on the Court's docket a notice (the "Expense Notice") setting forth the costs and legal fees incurred by the Chapter 7 Trustee in connection with preparing and prosecuting the Motion.

The Chapter 7 Trustee timely filed his Expense Notice on May 27, 2025 (ECF No. 245) advising that he incurred costs and legal fees of $25,197.62 and attached invoices in support of these costs and legal fees.

No objection has been filed to the Expense Notice within seven (7) days as required by the Order of Contempt. Therefore, the Court finds that the costs and legal fees are deemed to be reasonable and shall be allowed.

**ACCORDINGLY, IT IS ORDERED** that Ali Choudhri must pay $25,197.62 to the Chapter 7 Trustee, Douglas Brickley at 1000 Main St. Suite 3200, Houston, Texas 77002 on or before June 18, 2025.[1]

SIGNED 06/04/2025

Jeffrey Norman
United States Bankruptcy Judge

---

[1] The Order of Contempt provided that the fees and costs must be paid not later than fourteen (14) calendar days following a determination that the costs and legal fees set forth in the Expense Notice are reasonable.