**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 24-35761 (JPN)** |
| | § | |
| **JETALL COMPANIES, INC.,** | § | |
| | § | **CHAPTER 7** |
| **DEBTOR.** | § | |

**NOTICE OF FILING EXECUTED STIPULATION**
**CONCERNING POST-PETITION FINANCING**
[Relates to ECF #240 ]

**PLEASE TAKE NOTICE** that, on May 22, 2025, the United States Bankruptcy Court for the Southern District of Texas – Houston Division (the "Court") entered *its Order Granting Motion (ECF No. 233) and Denying Motion to Continue (ECF No. 239)* (the "Order") [ECF $240]. The Order granted the Trustee's motion (ECF #233) seeking authority to borrow $75,000 from National Bank of Kuwait ("NBK") pursuant to a proposed financing stipulation between the Trustee and NBK. *See* Order at p. 2.

**PLEASE TAKE FURTHER NOTICE** that the Trustee and NBK have executed the financing stipulation, and the Trustee requested an advance from NBK in the amount of $75,000 which amount was fully funded by NBK. A true and correct copy of the executed financing stipulation and funding request is attached hereto as **Exhibit A**.

Respectfully submitted on this 12th day of June, 2025.

**OKIN ADAMS BARTLETT CURRY LLP**

By: /s/ *Matthew S. Okin*
Matthew S. Okin
Texas Bar No. 00784695
Email: mokin@okinadams.com
Timothy L. Wentworth
Texas Bar No. 21179000
Email: twentworth@okinadams.com
Kelley K. Edwards
Texas Bar No. 24129017
Email: kedwards@okinadams.com
1113 Vine St. Suite 240
Houston, TX 77002
Tel: (713) 228-4100
Fax: (346) 247-7158

**ATTORNEYS FOR DOUGLAS J. BRICKLEY, CHAPTER 7 TRUSTE**

### CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2025, a true and correct copy of the foregoing *Notice* was served via the Court's CM/ECF system to all parties consenting to service through the same.

*/s/ Matthew S. Okin*
Matthew S. Okin

2