IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-35761(JPN) |
| JETALL COMPANIES, INC., | § | |
| | § | CHAPTER 7 |
| DEBTOR | § | |

**DOUGLAS J. BRICKLEY, TRUSTEE'S NOTICE OF RULE 2004
EXAMINATION OF THE INTERNAL REVENUE SERVICE
AND REQUEST FOR PRODUCTION OF DOCUMENTS**

TO:    The Internal Revenue Service (see certificate of service below):

PLEASE BE ADVISED that Douglas J. Brickley, Trustee will examine the Internal Revenue Service on Friday, July 18, 2025 at 10:00 a.m. at the offices of Okin Adams Bartlett Curry, LLP, 1113 Vine St., Suite 240, Houston, Texas 77002.  The attorneys for Douglas J. Brickley, Trustee will conduct said examination pursuant to Rule 2004 of the Bankruptcy Rules of Procedure.   The examination will continue from day to day until completed.

In addition, the Internal Revenue Service is required to produce the original or a copy of all documents listed on the attached **Exhibit A** at or before the 2004 examination to the offices of Okin Adams Bartlett Curry, LLP, 1113 Vine St., Suite 240, Houston, Texas 77002.

**PLEASE NOTE THAT IF THE REQUIRED DOCUMENTS ARE PRODUCED PRIOR TO THE SCHEDULED EXAMINATION DATE, THE EXAMINATION WILL BE CANCELLED.**

OKIN ADAMS BARTLETT CURRY LLP

By:  /s/ Timothy L. Wentworth
      Timothy L. Wentworth
      Texas Bar No. 21179000
      Email:  twentworth@okinadams.com
      1113 Vine Street, Suite 240
      Houston, Texas 77002
      Telephone:  (713) 228-4100
      Facsimile:  (346) 247-7158

**ATTORNEYS FOR DOUGLAS J. BRICKLEY,
TRUSTEE**

Case 24-35761   Document 287   Filed in TXSB on 06/18/25   Page 2 of 5

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument and Subpoena for Rule 2004 Examination was forwarded by United States First Class Mail, and by Certified Mail, to the following, on the 18th day of June, 2025:

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
1919 Smith Street
Stop 5024 HOU
Houston, TX 77002

Internal Revenue Service
STOP 6692 AUSC
Austin, TX 73301-0030

Internal Revenue Service
Special Procedures-Insolvency
PO Box 21126
Philadelphia, PA 19114

Internal Revenue Service
1111 Constitution Avenue NW
Washington, DC 20224

Internal Revenue Service
1500 Pennsylvania Avenue NW
Washington, DC 20029

*/s/ Timothy L. Wentworth*

_____

Timothy L. Wentworth

4908-0730-5295, v. 2

## EXHIBIT "A"

1. All tax returns and any related documents filed by Jetall Companies, Inc. (EIN 54-2182089) for tax years 2019 to the present.

B2540 (Form 2540 – Subpoena for Rule 2004 Examination) (12/15)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN _____ District of _____ TEXAS

In re  JETALL COMPANIES, INC.

Debtor

Case No.  24-35761 (JPN)

Chapter  7

## SUBPOENA FOR RULE 2004 EXAMINATION

To:  Internal Revenue Service

*(Name of person to whom the subpoena is directed)*

■ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at an examination under Rule 2004, Federal Rules of Bankruptcy Procedure. ~~A copy of the court order authorizing the examination is attached.~~

| PLACE<br>Okin Adams Bartlett Curry, LLP<br>1113 Vine St., Suite 240<br>Houston, TX 77002 | DATE AND TIME<br><br>07/18/25          10:00 am |
|---|---|

The examination will be recorded by this method:  **n/a** _____

■ *Production:* You, or your representatives, ~~must also bring with you to the examination~~ must provide prior to or at the 2004 examination the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

All documents listed on the attached Exhibit A

_____

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  6/18/2025

CLERK OF COURT

OR

_____
*Signature of Clerk or Deputy Clerk*

_____
*Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)*
Douglas J. Brickley, Trustee _____ , who issues or requests this subpoena, are:

Timothy L. Wentworth, 1113 Vine St., Suite 240, Houston, TX 77002; twentworth@okinadams.com
Phone: 713-255-8882

_____

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## EXHIBIT "A"

1. All tax returns and any related documents filed by Jetall Companies, Inc. (EIN 54-2182089) for tax years 2019 to the present.