IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| | § | CASE NO. 24-35761 (JPN) |
| JETALL COMPANIES, INC., | § § | |
| | § | CHAPTER 7 |
| DEBTOR | § | |

**NOTICE OF CONTINUANCE OF MEETING OF CREDITORS
PURSUANT TO 11 U.S.C. § 341**

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE THAT,** the initial meeting of creditors pursuant to 11 U.S.C. §341 in the above-captioned case was conducted on June 18, 2025. Due to the failure of the Debtor's representative to appear at the meeting, it has been continued to:

| | |
|---|---|
| **DATE:** | **July 9, 2025** |
| **TIME:** | **1:30 p.m. CDT** |
| **LOCATION:** | **Office of the United States Trustee** |
| | **Southern District of Texas** |
| | **515 Rusk St., Room 3401** |
| | **Houston, Texas 77002** |

The continued meeting of creditors will be held in person. There will be no electronic access available. Accordingly, any parties who wish to make an appearance or question the Debtor's representative must personally attend the meeting at the time and date specified.

Respectfully submitted this 18th day of June, 2025.

                               **OKIN ADAMS BARTLETT CURRY LLP**

                               By: /s/ *Matthew S. Okin*
                                      Matthew S. Okin
                                      Texas Bar No. 00784695
                                      Email: mokin@okinadams.com
                                      David L. Curry, Jr.
                                      Texas Bar No. 24065107
                                      Email: dcurry@okinadams.com
                                      Ryan A. O'Connor
                                      Texas Bar No. 24098190
                                      Email: roconnor@okinadams.com
                                      1113 Vine St., Suite 240
                                      Houston, Texas 77002
                                      Phone: (713) 228-4100
                                      Fax: (346) 247-7158
                               **ATTORNEYS FOR CHAPTER 7 TRUSTEE,
                               DOUGLAS J. BRICKLEY**

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2025, a true and correct copy of the foregoing Notice was served via the Court's CM/ECF system and by United States First Class Mail to the parties listed on the attached service list.

By: /s/ *Timothy L. Wentworth*
Timothy L. Wentworth

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 24-35761<br>Southern District of Texas<br>Houston<br>Wed Jun 18 15:30:37 CDT 2025 | AMEX TRS Co., Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Harris County<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Jeannie Lee Andersen<br>P.O. Box 3064<br>Houston, TX 77253-3064 |
| Jetall Companies<br>1001 West Loop S<br>Ste 700<br>Houston, TX 77027-9033 | M. Nasr & Partners, PC<br>7904 N Sam Houston Pkwy W Ste 102<br>Houston, TX 77064-3454 | National Bank of Kuwait, S.A.K.P., New York |
| US Trustee 7<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | Clark Hill PLC<br>1000 Louisiana St, #2800<br>Houston, Texas 77002-5031 |
| Akin Gump Strauss Hauer & Feld LLP<br>1111 Louisiana St. #44<br>Houston, Texas 77002-5248 | American Express-Corp Members Reward<br>American Express,<br>P.O. Box 981535<br>El Paso, Texas 79998-1535 | Andy Taylor<br>405 Main St., Unit 200<br>Houston, Texas 77002-1843 |
| Butler Snow LLP<br>1400 Lavaca St., Suite 1000<br>Austin, Texas 78701-1764 | CRF Holland Avenue Inc.<br>1614 Holland St.<br>Houston, Texas 77029-2818 | Christopher R. Murray<br>602 Sawyer St., STE 400<br>Houston, TX 77007-7510 |
| Clouthier Law Firm, PLLC<br>9950 Woodloch Forest Dr. #1300<br>The Woodlands, TX 77380-4252 | Deal Sikes<br>8811 Gaylord Dr., Suite 150<br>Houston, Texas 77024-2960 | EAO Global LLC d/b/a PopLabs<br>P.O. Box 79214<br>Houston, TX 77279-9214 |
| Galleria Loop Note Holder, LLC<br>1001 West Loop South, Suite 700<br>Houston, Texas 77027-9033 | Gill CPA & Associates<br>2211 Norfolk St., Houston<br>Texas 77098-4096 | Gulfstream Legal Group<br>720 N. Post Oak Rd., Suite 355<br>Houston, Texas 77024-3841 |
| Hanna and Hanna, Inc.<br>8582 Katy Fwy., Suite 105<br>Houston, Texas 77024-1807 | Hannah Sloan PLLC<br>2161 NW Military Hwy, Suite 114<br>San Antonio, Texas 78213-1844 | Harris County, et al<br>c/o Jeannie L. Andresen<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston,TX 77253-3064 |
| Ian M. Cain<br>412 W Polk St., #1<br>Houston, Texas 77019-4763 | Innovative Legal Solutions<br>5910 Rose St.<br>Houston, Texas 77007-5130 | JLM Law Firm, P.C.<br>901 S. Mopac Expressway, Bldg 1, Ste 300<br>Austin, Texas 78746-5883 |
| Lewis Brisbois Bisgaard & Smith LLP<br>24 Greenway Plaza, #1400<br>Houston, Texas 77046-2410 | National Bank of Kuwait, S.A.K.P., New York<br>c/o Charles Conrad<br>609 Main Street, Suite 2000<br>Houston, TX 77002-3180 | Pacer Service Center<br>7550 Frontage Rd<br>San Antonio, Texas 78229 |

Passman & Jones
1201 Elm St., #2500
Dallas, Texas 75270-2599

Poplabs
7850 Parkwood Circle Dr.
Suite B-3
Houston, Texas 77036-6761

Quadrus Consulting
13401 Country Trails Ln,
Austin, Texas 78732-2082

Rapp Krock
1980 Post Oak Blvd, Suite 1200
Houston, Texas 77056-3970

RingCentral
20 Davis Dr., Belmont,
California 94002-3002

Ross Reporting Service, Inc
11706 Playa Ct.
Houston, Texas 77034-5406

Shanaz Choudhri
1001 West Loop South, Suite 700
Houston, Texas 77027-9033

Smart Office Automation
8316 Willow Pl Dr N Building C
Houston, Texas 77070-5644

The Steidley Law Firm
3701 Kirby Dr, Suite 1170
Houston, Texas 77098-3916

Travis County Tax Office
2433 Ridgepoint De.
Austin, Texas 78754-5231

U.S. Legal Support
16825 Northchase Dr., #900
Houston, Texas 77060-6004

Veritex Bank
5111 San Felipe St.
Houston, Texas 77056-3603

Wrinkle, Gardner & Company, P.C.
3231 FM 528 Rd
Friendswood, Texas 77546-5011

Ali Choudhri
1001 West Loop South
Suite 700
Houston, TX 77027-9033

Douglas Brickley
Stout Risius Ross LLC
1000 Main St
Ste 3200
Houston, TX 77002-6337

J. Kelley Killorin Edwards
Okin Adams Bartlett Curry LLP
1113 Vine Street
Suite 240
Houston, TX 77002-1044

Justin Peter Louis Rayome
1001 West Loop South
Suite 700
Houston, TX 77027-9033

Kell Mercer
Kell C. Mercer, PC
901 S Mopac Expy Bldg 1 Ste 300
Austin, TX 78746-5883

Ron Madriz
5151 Richmond Ave
Apt 293
Houston, TX 77056-6700


**The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.**

(u)EAO Global LLC

(u)Houston 2425 Galleria, LLC

(u)PopLabs

(u)SLS River Oaks District, LLC

(u)Sonder USA Inc.

(d)AMEX TRS Co., Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

(u)Elena Martyanova		(u)John Quinlan		(u)Omar Khawaja

(u)Osama Abdullatif		(u)Stephen Sather		End of Label Matrix
						Mailable recipients    48
						Bypassed recipients    11
						Total                  59