## WITNESS AND EXHIBIT LIST

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF TEXAS**<br>**HOUSTON DIVISION** | |
| Case No: 24-35761 | Name of Debtor:<br>**Jetall Companies, Inc.** |
| Witnesses:<br>  1. Douglas J. Brickley<br>  2. Any Witness Called by Any Other Party | Judge: Jeffrey Norman |
| | Hearing Date:  June 26, 2025 |
| | Hearing Time:  9:30 a.m. |
| | Party Name: Douglas J. Brickley, Chapter 7 Trustee for Jetall Companies, Inc. |
| | Attorney's Name:  Matthew S. Okin |
| | Attorney's Phone: (713) 228-4100 |

**Nature of Proceedings:**

Chapter 7 Trustee, Douglas J. Brickley's Emergency Motion for Entry of an Order Directing Ali Choudhri to Appear and Show Cause [ECF # 290].

### TRUSTEE'S EXHIBITS

| Ex. No. | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Docket - *United States of America v. Jetall Companies, Inc. and Mohammed Ali Choudhri*, Case No. 4:23-mc-1644 pending in the United States District Court for the Southern District of Texas. | | | | |
| 2. | Any Exhibit Identified or Offered by Any Other Party | | | | |
| 3. | Any Exhibit Necessary for Impeachment or Rebuttal | | | | |

Respectfully submitted this 24th day of June, 2025.

**OKIN ADAMS BARTLETT CURRY LLP**

By:   /s/ *Matthew S. Okin*
     Matthew S. Okin
     Texas Bar No. 00784695
     Email: mokin@okinadams.com
     David L. Curry, Jr.
     Texas Bar No. 24065107
     Email: dcurry@okinadams.com
     Timothy L. Wentworth
     Texas Bar No. 21179000
     Email: twentworth@okinadams.com
     1113 Vine St., Suite 240
     Houston, Texas 77002
     Tel: (713) 228-4100
     Fax: (346) 247-7158

**ATTORNEYS FOR CHAPTER 7 TRUSTEE, DOUGLAS J. BRICKLEY**

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2025 a true and correct copy of the foregoing Witness and Exhibit List was served via this Court's CM/ECF notification system to those parties registered for service upon filing of the same.

By:   /s/ *Matthew S. Okin*
     Matthew S. Okin