United States Bankruptcy Court
Southern District of Texas

**ENTERED**
June 26, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-35761 |
| JETALL COMPANIES, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |
| | § | CHAPTER 7 |

## ORDER DENYING MOTION

Before the Court is the Motion Requesting Continuance filed by Clint Alexander (ECF No. 299), the Law Practice Custodian for Kell Mercer, P.C., for the following reasons the motion is denied. Attorney Kell Mercer [now deceased] initiated this case as an involuntary Chapter 11 case in the Western District of Texas and the case was transferred to the Southern District of Texas on December 4, 2024. Mercer represented the petitioning creditors when the involuntary case was initiated. Mercer filed on behalf of the petitioning creditors (M. Nasr & Partners, PC, EAO Global LLC d/b/a PopLabs, and Ron Madriz (collectively, the "petitioning creditors")) numerous pleadings. He has never represented the debtor in this case nor it's principal Ali Choudhri. The Court has previously held this on several occasions.[1]

The dispute currently before the Court is between the Chapter 7 Trustee and the principal of the debtor, Ali Choudhri. It is a two party dispute between the Chapter 7 Trustee and Ali Choudhri. Mercer's Law Practice Custodian representation of Mercer's client's (M. Nasr & Partners, PC, EAO Global LLC d/b/a PopLabs)[2] is not required at the hearing and his clients have not participated in this case since its conversion to Chapter 7. In fact, Mercer prior to his death made several attempts to distance himself from this case.[3]

The motion is in all things denied.

SIGNED 06/26/2025

Jeffrey Norman
United States Bankruptcy Judge

---

[1] ECF No. 240.
[2] ECF No. 121. Mercer withdrew from representation of Ron Madriz and attempted to withdraw for M. Nasr & Partners, PC, EAO Global LLC d/b/a PopLabs.
[3] ECF No. 187.