IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 24-35761 |
| **JETALL COMPANIES, INC.,** | § | |
| | § | |
| | § | Chapter 7 |
| Debtor. | § | |

**NOTICE OF SERVICE OF SUBPOENA TO
JOHN QUINLAN, OMAR KHAWAJA, AND OSAMA ABDULLATIF**

To: All parties in the above-captioned chapter 7 case.

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 45 in the above captioned Chapter 7 proceedings, the Chapter 7 Trustee, Douglas J. Brickley has served on or about June 26, 2025, Subpoenas to Produce Documents on John Quinlan, Omar Khawaja, and Osama Abdullatif (the "Creditors") by and through their attorney of record, T. Michael Ballases, seeking the following:

> All documents obtained from any source whatsoever as a result of formal or informal discovery in connection with any legal proceeding the Creditors have prosecuted against Ali Choudhri, Jetall Companies, Inc. and/or any entity or person affiliated with and/or related to Ali Choudhri and/or Jetall Companies, Inc.

A copy of the subpoena is attached to this Notice as **Exhibit A**. **Documents may be mailed or emailed prior to the date and time of production by July 25, 2025, at 5:00p.m. (CDT) to Okin Adams Bartlett Curry LLP, 1113 Vine Street, Suite 240, Houston, TX 77002.**

Dated: July 2, 2025

**OKIN ADAMS BARTLETT CURRY LLP**

By: */s/ Timothy L. Wentworth*
Matthew S. Okin
Texas Bar No. 00784695
Email: mokin@okinadams.com
Timothy L. Wentworth
Texas Bar No. 21179000
Email: twenworth@okinadams.com
Kelley K. Edwards
Texas Bar No. 24129017
Email: kedwards@okinadams.com
1113 Vine St. Suite 240
Houston, Texas 77002
Tel: (713) 228-4100
Fax: (346) 247-7158

**ATTORNEYS FOR DOUGLAS J. BRICKLEY, CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2025, a true and correct copy of the forgoing Notice was served via the Court's CM/ECF system upon those parties consenting to service through the same.

*/s/ Timothy L. Wentworth*
Timothy L. Wentworth

2

4906-2174-7794, v. 2

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 24-35761<br>Southern District of Texas<br>Houston<br>Wed Jun 18 15:30:37 CDT 2025 | AMEX TRS Co., Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Harris County<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Jeannie Lee Andersen<br>P.O. Box 3064<br>Houston, TX 77253-3064 |
| Jetall Companies<br>1001 West Loop S<br>Ste 700<br>Houston, TX 77027-9033 | M. Nasr & Partners, PC<br>7904 N Sam Houston Pkwy W Ste 102<br>Houston, TX 77064-3454 | National Bank of Kuwait, S.A.K.P., New York |
| US Trustee 7<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | Clark Hill PLC<br>1000 Louisiana St, #2800<br>Houston, Texas 77002-5031 |
| Akin Gump Strauss Hauer & Feld LLP<br>1111 Louisiana St. #44<br>Houston, Texas 77002-5248 | American Express-Corp Members Reward<br>American Express,<br>P.O. Box 981535<br>El Paso, Texas 79998-1535 | Andy Taylor<br>405 Main St., Unit 200<br>Houston, Texas 77002-1843 |
| Butler Snow LLP<br>1400 Lavaca St., Suite 1000<br>Austin, Texas 78701-1764 | CRF Holland Avenue Inc.<br>1614 Holland St.<br>Houston, Texas 77029-2818 | Christopher R. Murray<br>602 Sawyer St., STE 400<br>Houston, TX 77007-7510 |
| Clouthier Law Firm, PLLC<br>9950 Woodloch Forest Dr. #1300<br>The Woodlands, TX 77380-4252 | Deal Sikes<br>8811 Gaylord Dr., Suite 150<br>Houston, Texas 77024-2960 | EAO Global LLC d/b/a PopLabs<br>P.O. Box 79214<br>Houston, TX 77279-9214 |
| Galleria Loop Note Holder, LLC<br>1001 West Loop South, Suite 700<br>Houston, Texas 77027-9033 | Gill CPA & Associates<br>2211 Norfolk St., Houston<br>Texas 77098-4096 | Gulfstream Legal Group<br>720 N. Post Oak Rd., Suite 355<br>Houston, Texas 77024-3841 |
| Hanna and Hanna, Inc.<br>8582 Katy Fwy., Suite 105<br>Houston, Texas 77024-1807 | Hannah Sloan PLLC<br>2161 NW Military Hwy, Suite 114<br>San Antonio, Texas 78213-1844 | Harris County, et al<br>c/o Jeannie L. Andresen<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston,TX 77253-3064 |
| Ian M. Cain<br>412 W Polk St., #1<br>Houston, Texas 77019-4763 | Innovative Legal Solutions<br>5910 Rose St.<br>Houston, Texas 77007-5130 | JLM Law Firm, P.C.<br>901 S. Mopac Expressway, Bldg 1, Ste 300<br>Austin, Texas 78746-5883 |
| Lewis Brisbois Bisgaard & Smith LLP<br>24 Greenway Plaza, #1400<br>Houston, Texas 77046-2410 | National Bank of Kuwait, S.A.K.P., New York<br>c/o Charles Conrad<br>609 Main Street, Suite 2000<br>Houston, TX 77002-3180 | Pacer Service Center<br>7550 Frontage Rd<br>San Antonio, Texas 78229 |

| | | |
|---|---|---|
| Passman & Jones<br>1201 Elm St., #2500<br>Dallas, Texas 75270-2599 | Poplabs<br>7850 Parkwood Circle Dr.<br>Suite B-3<br>Houston, Texas 77036-6761 | Quadrus Consulting<br>13401 Country Trails Ln,<br>Austin, Texas 78732-2082 |
| Rapp Krock<br>1980 Post Oak Blvd, Suite 1200<br>Houston, Texas 77056-3970 | RingCentral<br>20 Davis Dr., Belmont,<br>California 94002-3002 | Ross Reporting Service, Inc<br>11706 Playa Ct.<br>Houston, Texas 77034-5406 |
| Shanaz Choudhri<br>1001 West Loop South, Suite 700<br>Houston, Texas 77027-9033 | Smart Office Automation<br>8316 Willow Pl Dr N Building C<br>Houston, Texas 77070-5644 | The Steidley Law Firm<br>3701 Kirby Dr, Suite 1170<br>Houston, Texas 77098-3916 |
| Travis County Tax Office<br>2433 Ridgepoint De.<br>Austin, Texas 78754-5231 | U.S. Legal Support<br>16825 Northchase Dr., #900<br>Houston, Texas 77060-6004 | Veritex Bank<br>5111 San Felipe St.<br>Houston, Texas 77056-3603 |
| Wrinkle, Gardner & Company, P.C.<br>3231 FM 528 Rd<br>Friendswood, Texas 77546-5011 | Ali Choudhri<br>1001 West Loop South<br>Suite 700<br>Houston, TX 77027-9033 | Douglas Brickley<br>Stout Risius Ross LLC<br>1000 Main St<br>Ste 3200<br>Houston, TX 77002-6337 |
| J. Kelley Killorin Edwards<br>Okin Adams Bartlett Curry LLP<br>1113 Vine Street<br>Suite 240<br>Houston, TX 77002-1044 | Justin Peter Louis Rayome<br>1001 West Loop South<br>Suite 700<br>Houston, TX 77027-9033 | Kell Mercer<br>Kell C. Mercer, PC<br>901 S Mopac Expy Bldg 1 Ste 300<br>Austin, TX 78746-5883 |
| Ron Madriz<br>5151 Richmond Ave<br>Apt 293<br>Houston, TX 77056-6700 | | |

**The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.**

| | | |
|---|---|---|
| (u)EAO Global LLC | (u)Houston 2425 Galleria, LLC | (u)PopLabs |
| (u)SLS River Oaks District, LLC | (u)Sonder USA Inc. | (d)AMEX TRS Co., Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |

| | | |
|---|---|---|
| (u)Elena Martyanova | (u)John Quinlan | (u)Omar Khawaja |
| (u)Osama Abdullatif | (u)Stephen Sather | End of Label Matrix<br>Mailable recipients 48<br>Bypassed recipients 11<br>Total 59 |