IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 24-35761 |
| JETALL COMPANIES, INC., | § | |
| | § | |
| | § | Chapter 7 |
| Debtor. | § | |

United States Courts
Southern District of Texas
FILED

JUL 07 2025

Nathan Ochsner, Clerk of Court

### NOTICE OF SERVICE OF SUBPOENA TO
### JOHN QUINLAN, OMAR KHAWAJA, AND OSAMA ABDULLATIF

To: All parties in the above-captioned chapter 7 case.

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 45 in the above captioned Chapter 7 proceedings, the Chapter 7 Trustee, Douglas J. Brickley has served on or about June 26, 2025, Subpoenas to Produce Documents on John Quinlan, Omar Khawaja, and Osama Abdullatif (the "Creditors") by and through their attorney of record, T. Michael Ballases, seeking the following:

> All documents obtained from any source whatsoever as a result of formal or informal discovery in connection with any legal proceeding the Creditors have prosecuted against Ali Choudhri, Jetall Companies, Inc. and/or any entity or person affiliated with and/or related to Ali Choudhri and/or Jetall Companies, Inc.

A copy of the subpoena is attached to this Notice as **Exhibit A. Documents may be mailed or emailed prior to the date and time of production by July 25, 2025, at 5:00p.m. (CDT) to Okin Adams Bartlett Curry LLP, 1113 Vine Street, Suite 240, Houston, TX 77002.**

Dated: July 2, 2025

**OKIN ADAMS BARTLETT CURRY LLP**

By: */s/ Timothy L. Wentworth*
Matthew S. Okin
Texas Bar No. 00784695
Email: mokin@okinadams.com
Timothy L. Wentworth
Texas Bar No. 21179000
Email: twenworth@okinadams.com
Kelley K. Edwards
Texas Bar No. 24129017
Email: kedwards@okinadams.com
1113 Vine St. Suite 240
Houston, Texas 77002
Tel: (713) 228-4100
Fax: (346) 247-7158

**ATTORNEYS FOR DOUGLAS J. BRICKLEY, CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2025, a true and correct copy of the forgoing Notice was served via the Court's CM/ECF system upon those parties consenting to service through the same.

*/s/ Timothy L. Wentworth*
Timothy L. Wentworth