IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-35761 (JPN) |
| JETALL COMPANIES, INC., | § | |
| | § | CHAPTER 7 |
| DEBTOR | § | |

NOTICE OF CHANGE OF LOCATION OF MEETING OF CREDITORS
PURSUANT TO 11 U.S.C. § 341

TO ALL CREDITORS AND PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT the initial meeting of creditors pursuant to 11 U.S.C. §341 in the above-captioned case scheduled for July 9, 2025 at 1:30 p.m. shall take place virtually (by audio and video) rather than in person as originally noticed. Connection information for the meeting is as follows:

Jetall Companies Creditor's Meeting 7.9.2025
Meeting ID: 810 0684 3584
Passcode: 717645
One tap mobile
+13462487799,,81006843584# US (Houston)

Respectfully submitted this 8th day of July, 2025.

OKIN ADAMS BARTLETT CURRY LLP

By: /s/ *Matthew S. Okin*
Matthew S. Okin
Texas Bar No. 00784695
Email: mokin@okinadams.com
David L. Curry, Jr.
Texas Bar No. 24065107
Email: dcurry@okinadams.com
Timothy L. Wentworth
Texas Bar No. 21179000
Email: twentworth@okinadams.com
1113 Vine St., Suite 240
Houston, Texas 77002
Phone: (713) 228-4100
Fax: (346) 247-7158
**ATTORNEYS FOR CHAPTER 7 TRUSTEE, DOUGLAS J. BRICKLEY**

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2025, a true and correct copy of the foregoing Notice was served via the Court's CM/ECF system.

By: /s/ *Timothy L. Wentworth*
Timothy L. Wentworth

4935-5763-9507, v. 4