B255 (Form 255 – Subpoena in an Adversary Proceeding) (12/07)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN District TEXAS

In re **GALLERIA 2425 OWNER, LLC**
Debtor

Plaintiff

V.

Defendant

**SUBPOENA IN AN ADVERSARY PROCEEDING**

Case No. * **23-34815**

Chapter **11**

Adv. Proc. No. * _____

To: **Taseer Badaar**

☒ YOU ARE COMMANDED to appear in the United States Bankruptcy Court at the place, date, and time specified below to testify in the above adversary proceeding.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| 515 Rusk, Houston, Texas 77002 | 403 |
| | DATE AND TIME |
| | July 8, 2025; 11:00 a.m. |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above adversary proceeding.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Anwar Qadeer Associates, P.C.<br>1535 West Loop South, Suite 100<br>Houston, Texas 77027 | July 7, 2025; 1:00 p.m. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

**See Exhibit A**

| PLACE Anwar Qadeer Associates, P.C.<br>1535 West Loop South, Suite 100<br>Houston, Texas 77027 | DATE AND TIME<br>July 7, 2025; 1:00 p.m. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this adversary proceeding that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Rule 30(b)(6), Federal Rules of Civil Procedure, made applicable in adversary proceedings by Rule 7030, Federal Rules of Bankruptcy Procedure.

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>/s/ Gia Samavati<br>Attorney for Galleria 2425 Owner, LLC | DATE<br>7-2-2025 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER
Gia Samavati.

* If the bankruptcy case or the adversary proceeding is pending in a district other than the district in which the subpoena is issued, state the district under the case number or adversary proceeding number.

## AFFIDAVIT OF NON-SERVICE

| Case:<br>23-34815 | Court:<br>IN THE UNITED STATES BANKRUPCTCY COURT FOR THE SOUTHERN DISTRICT O TEXAS | County:<br>HARRIS, TX | Job:<br>13661352 (23-34815) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>GALLERIA 2425 OWNER,LLC. | | Defendant / Respondent:<br>TASEER BADAAR | |
| Received by:<br>HOUSTON CIVIL PROCESS,LLC | | For:<br>ATTORNEY GIA SAMAVATI | |
| To be served upon:<br>TASEER BADAAR | | | |

I, JACQUELINE M. WILLIAMS, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** TASEER BADAAR, HOME: 8909 MEMORIAL DRIVE, HOUSTON, TX 77024
**Manner of Service:** Unsuccessful Attempt
**Documents:** SUBPEONA IN AN ADVERSARY PROCEEDING (Received Jul 3, 2025 at 12:34am CDT)

**Additional Comments:**
1) Unsuccessful Attempt: Jul 3, 2025, 4:00 pm CDT at 1535 WEST LOOP SOUTH #100, HOUSTON, TX 77027
SUBJECT WAS NOT IN OFFICE AT THE TIME OF MY VISIT. I LEFT MY BUSINESS CARD FOR A CALLBACK. OFFICE CLOSED EARLY FOR THE 4TH OF JULY HOLIDAY

2) Unsuccessful Attempt: Jul 4, 2025, 8:30 am CDT at 1535 WEST LOOP SOUTH #100, HOUSTON, TX 77027
SUBJECT WAS NOT IN OFFICE AT THE TIME OF MY VISIT. I LEFT MY BUSINESS CARD FOR A CALLBACK. BUILDING CLOSED DUE TO HOLIDAY,UNABLE TO ACCESS BUILDING.

3) Unsuccessful Attempt: Jul 4, 2025, 9:46 am CDT at HOME: 8909 MEMORIAL DRIVE, HOUSTON, TX 77024
SUBJECT WAS NOT IN OFFICE/AT HOME AT THE TIME OF MY VISIT. I LEFT MY BUSINESS CARD FOR A CALLBACK. I HAD TO BE RUNG IN THRU A CALL BOX. I OBSERVED 2 YOUNG MIDDLE-EASTERN DECENT MALES 20-23 LOADING LUGGAGE INTO THE BACK OF A SUV. AS I WAS DRIVING INTO THE GATE THE PASSAGER OF THE CAR ASKED WHO I WAS LOOKING FOR I TOLD HIM I WAS LOOKING FOR TASEER BADEER,THE 20SOMETHING PASSENGER SAID,'MY DAD IS NOT HOME". I THANKED HIM. THEN ANOTHER MALE OF ABOUT 35Y.O ,5FT 7IN TALL,CLOSE TRIMMED BEARD WEARING A BASEBALL CAP JEANS AND A T-SHIRT.. CAME OUT OF THE HOUSE AND ASKED WHO I WAS LOOKING FOR. I TOLD HIM TASEER BADEER, HE WHEN BACK INTO THE CAME OUT OF THE HOUSE. HE BACK OUT THE HOUSE AFTER ABOUT 5 MINUTES AND SAID TASEER WAS NOT HOME. I THANKED HIM. I DID OBSERVED A CAR WITH THE NAME OF A SECURITY COMPANY ON THE SIDE OF THE CAR. ALONG WITH SEVERAL OTHER CARS,INCLUDING A TOYOTA SEQUOIA TXPL#ZT0018.

*[Signature: Jacqueline M. Williams]*       07/06/2025

JACQUELINE M. WILLIAMS       Date
PSC#05175/EXP.: 31 JULY 2026

HOUSTON CIVIL PROCESS,LLC
3800 TANGLEWILDE ST #809
HOUSTON, TX 77063
832-235-7779