IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-35761 (JPN) |
| JETALL COMPANIES, INC., | § | |
| | § | CHAPTER 7 |
| DEBTOR | § | |

**NOTICE OF CONTINUANCE OF MEETING OF CREDITORS
PURSUANT TO 11 U.S.C. § 341**

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE THAT** the initial meeting of creditors pursuant to 11 U.S.C. § 341 in the above-captioned case has been continued to:

| | |
|---|---|
| DATE: | August 8, 2025 |
| TIME: | 1:30 p.m. CDT |
| LOCATION: | By Zoom audio and video |

The continued meeting of creditors will take place virtually (by Zoom audio and video). Connection information for the meeting is as follows:

Jetall Companies Creditor's Meeting 8.8.2025
Meeting ID: 889 2312 9814
Passcode: 470688
One tap mobile
+13462487799,,88923129814# US (Houston)

Respectfully submitted this 10th day of July, 2025.

        **OKIN ADAMS BARTLETT CURRY LLP**

        By:   /s/ *Matthew S. Okin*
            Matthew S. Okin
            Texas Bar No. 00784695
            Email: mokin@okinadams.com
            Timothy L. Wentworth
            Texas Bar No. 21179000
            Email: twentworth@okinadams.com
            1113 Vine St., Suite 240
            Houston, Texas 77002
            Phone: (713) 228-4100
            Fax: (346) 247-7158
        **ATTORNEYS FOR CHAPTER 7 TRUSTEE,
DOUGLAS J. BRICKLEY**

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2025, a true and correct copy of the foregoing Notice was served via the Court's CM/ECF system and by United States First Class Mail to the parties listed on the attached service list.

By: /s/ *Timothy L. Wentworth*
Timothy L. Wentworth

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 24-35761<br>Southern District of Texas<br>Houston<br>Thu Jul 10 14:56:11 CDT 2025 | AMEX TRS Co., Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Harris County<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Jeannie Lee Andersen<br>P.O. Box 3064<br>Houston, TX 77253-3064 |
| Jetall Companies<br>1001 West Loop S<br>Ste 700<br>Houston, TX 77027-9033 | M. Nasr & Partners, PC<br>7904 N Sam Houston Pkwy W Ste 102<br>Houston, TX 77064-3454 | National Bank of Kuwait, S.A.K.P., New York |
| US Trustee 7<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | Clark Hill PLC<br>1000 Louisiana St, #2800<br>Houston, Texas 77002-5031 |
| Akin Gump Strauss Hauer & Feld LLP<br>1111 Louisiana St. #44<br>Houston, Texas 77002-5248 | American Express-Corp Members Reward<br>American Express,<br>P.O. Box 981535<br>El Paso, Texas 79998-1535 | Andy Taylor<br>405 Main St., Unit 200<br>Houston, Texas 77002-1843 |
| Butler Snow LLP<br>1400 Lavaca St., Suite 1000<br>Austin, Texas 78701-1764 | CRF Holland Avenue Inc.<br>1614 Holland St.<br>Houston, Texas 77029-2818 | Christopher R. Murray<br>602 Sawyer St., STE 400<br>Houston, TX 77007-7510 |
| Clouthier Law Firm, PLLC<br>9950 Woodloch Forest Dr. #1300<br>The Woodlands, TX 77380-4252 | Deal Sikes<br>8811 Gaylord Dr., Suite 150<br>Houston, Texas 77024-2960 | EAO Global LLC d/b/a PopLabs<br>P.O. Box 79214<br>Houston, TX 77279-9214 |
| Galleria Loop Note Holder, LLC<br>1001 West Loop South, Suite 700<br>Houston, Texas 77027-9033 | Gill CPA & Associates<br>2211 Norfolk St., Houston<br>Texas 77098-4096 | Gulfstream Legal Group<br>720 N. Post Oak Rd., Suite 355<br>Houston, Texas 77024-3841 |
| Hanna and Hanna, Inc.<br>8582 Katy Fwy., Suite 105<br>Houston, Texas 77024-1807 | Hannah Sloan PLLC<br>2161 NW Military Hwy, Suite 114<br>San Antonio, Texas 78213-1844 | Harris County, et al<br>c/o Jeannie L. Andresen<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 |
| Ian M. Cain<br>412 W Polk St., #1<br>Houston, Texas 77019-4763 | Innovative Legal Solutions<br>5910 Rose St.<br>Houston, Texas 77007-5130 | JLM Law Firm, P.C.<br>901 S. Mopac Expressway, Bldg 1, Ste 300<br>Austin, Texas 78746-5883 |
| Lewis Brisbois Bisgaard & Smith LLP<br>24 Greenway Plaza, #1400<br>Houston, Texas 77046-2410 | National Bank of Kuwait, S.A.K.P., New York<br>c/o Charles Conrad<br>609 Main Street, Suite 2000<br>Houston, TX 77002-3180 | Pacer Service Center<br>7550 Frontage Rd<br>San Antonio, Texas 78229 |

| | | |
|---|---|---|
| Passman & Jones<br>1201 Elm St., #2500<br>Dallas, Texas 75270-2599 | Poplabs<br>7850 Parkwood Circle Dr.<br>Suite B-3<br>Houston, Texas 77036-6761 | Quadrus Consulting<br>13401 Country Trails Ln,<br>Austin, Texas 78732-2082 |
| Rapp Krock<br>1980 Post Oak Blvd, Suite 1200<br>Houston, Texas 77056-3970 | RingCentral<br>20 Davis Dr., Belmont,<br>California 94002-3002 | Ross Reporting Service, Inc<br>11706 Playa Ct.<br>Houston, Texas 77034-5406 |
| Shanaz Choudhri<br>1001 West Loop South, Suite 700<br>Houston, Texas 77027-9033 | Smart Office Automation<br>8316 Willow Pl Dr N Building C<br>Houston, Texas 77070-5644 | The Steidley Law Firm<br>3701 Kirby Dr, Suite 1170<br>Houston, Texas 77098-3916 |
| Travis County Tax Office<br>2433 Ridgepoint De.<br>Austin, Texas 78754-5231 | U.S. Legal Support<br>16825 Northchase Dr., #900<br>Houston, Texas 77060-6004 | Veritex Bank<br>5111 San Felipe St.<br>Houston, Texas 77056-3603 |
| Wrinkle, Gardner & Company, P.C.<br>3231 FM 528 Rd<br>Friendswood, Texas 77546-5011 | Ali Choudhri<br>1001 West Loop South<br>Suite 700<br>Houston, TX 77027-9033 | Clinton Wayne Alexander<br>Barnes Lipscomb & Stewart, PLLC<br>2500 Bee Caves Rd.<br>Bldg. 2, Ste. 150<br>Austin, TX 78746-5869 |
| Douglas Brickley<br>Stout Risius Ross LLC<br>1000 Main St<br>Ste 3200<br>Houston, TX 77002-6337 | Justin Peter Louis Rayome<br>1001 West Loop South<br>Suite 700<br>Houston, TX 77027-9033 | Kell Mercer<br>Kell C. Mercer, PC<br>901 S Mopac Expy Bldg 1 Ste 300<br>Austin, TX 78746-5883 |
| Ron Madriz<br>5151 Richmond Ave<br>Apt 293<br>Houston, TX 77056-6700 | | |

**The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.**

| | | |
|---|---|---|
| (u)EAO Global LLC | (u)Houston 2425 Galleria, LLC | (u)PopLabs |
| (u)SLS River Oaks District, LLC | (u)Sonder USA Inc. | (d)AMEX TRS Co., Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |

| | | |
|---|---|---|
| (u)Elena Martyanova | (u)John Quinlan | (u)Omar Khawaja |
| (u)Osama Abdullatif | (u)Stephen Sather | |

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 48 |
| Bypassed recipients | 11 |
| Total | 59 |