UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | § | |
| JETALL COMPANIES, INC. | § | Civil Action No.   4:25-cv-02173 |
|    Debtor | § | |
| | § | Bankruptcy Case No.   24-35761 |
| ALI CHOUDHRI | § | |
| Appellant | § | |

# Notice of Deficiency

1. The notice of appeal was filed in the bankruptcy court on 5/9/2025. The designation of the record was due on 5/23/2025. *See* Fed. R. Bankr. P. 8009.

2. If the appellant does not cure these deficiencies within 14 days, the district court may dismiss the appeal without further notice.

   ☐ The filing fee has not been paid.

   ☒ The record has not been designated.

   ☐ The record designated by the appellant includes transcripts that have not been ordered.

   ☐ The appellant has not arranged to pay for the transcripts designated.

Date: July 14, 2025

Nathan Ochsner, Clerk of Court
S. Thomas
Deputy Clerk